# Exhibit 1
# WF-00004867
# ***FILED UNDER SEAL***