# Exhibit 2

| Claim | Creditor Number | Claimant | Amount | Initial Event |
|---|---|---|---|---|
| 1 | 18326771 | Bexar County | $ 10,069.72 | 2022 |
| 2 | 18329968 | Comal County | $ 917.06 | 2022 |
| 3 | 18331034 | Wells Fargo Bank, N.A. | $ 2,536.63 | 2022 |
| 4 | 18331034 | Wells Fargo Bank, N.A. | $ 5,817.93 | 2022 |
| 5 | 18334890 | Sharon Romaine Hughes | $ 180,426.00 | 2019 |
| 6 | 18354127 | Kostantinos and Rena Kastis | $ 310,000.00 | 2019 |
| 7 | 18335991 | Sharon Brimhall Executrix of the Estate of Harry Sims | $ 2,028,702.09 | 2015 |
| 8 | 18326098 | Internal Revenue Service | $ 98,200.00 | 2022 |
| 9 | 18339895 | David and Helen Landman | $ 407,505.76 | 2021 |
| 10 | 18341714 | American Express National Bank | $ 23,246.87 | 2022 |
| 11 | 18326052 | Belinda Stanush | $ 462,950.37 | 2022 |
| 12 | 18338199 | Thelma Rollins | $ 31,225.66 | 2013 |
| 13 | 18342462 | Javier Garza | $ 37,150.00 | 2022 |
| 14 | 18342462 | Javier Garza | $ 37,150.00 | 2022 |
| 15 | 18343984 | Joseph R. Kennedy | $ 12,675.15 | 2016 |
| 16 | 18344130 | Carl L & Charaleen S Wright | $ 53,006.95 | 2020 |
| 17 | 18344407 | Estate of Samuel Howard Reed | $ 394,606.25 | 2019 |
| 18 | 18345006 | Trust for A.A.F., M.X.F., and S.N.F. (Minor Children) c/o Melinda Estrada-Kastner | $ 252,500.00 | 2017 |
| 19 | 18346473 | Spectrum | $ 1,654.56 | 2022 |
| 20 | 18328090 | David Day | $ 1,565,750.00 | 2021 |
| 21 | 18350798 | City of McAllen | $ 291.66 | 2022 |
| 22 | 18350797 | Hidalgo County | $ 483.77 | 2022 |
| 23 | 18338175 | Munoz Management Group | $ 4,140.00 | 2020 |
| 24 | 18338175 | Munoz Management Group | $ 7,990.00 | 2020 |
| 25 | 18338175 | Munoz Management Group | $ 11,645.00 | 2020 |
| 26 | 18338175 | Munoz Management Group | $ 1,730.00 | 2020 |
| 27 | 18338175 | Munoz Management Group | $ 7,230.00 | 2021 |
| 28 | 18338175 | Munoz Management Group | $ 1,980.00 | 2021 |
| 29 | 18338175 | Munoz Management Group | $ 2,925.00 | 2021 |
| 30 | 18338175 | Munoz Management Group | $ 7,810.00 | 2021 |

| Claim | Creditor Number | Claimant | Amount | Initial Event |
|---|---|---|---|---|
| 31 | 18344387 | Georgina Bellanger | $ 174,899.19 | 2021 |
| 32 | 18330837 | Michael Halay | $ 2,827,894.52 | 2021 |
| 33 | 18330838 | Jeffery B. Halay | $ 210,000.00 | 2021 |
| 34 | 18330839 | Lee and Tiffany Skinner | $ 59,430.96 | unknown |
| 35 | 18327809 | Thomas Becker | $ 71,446.73 | 2021 |
| 36 | 18346945 | CPS Energy | $ 2,080.09 | 2022 |
| 37 | 18353206 | Anne Curtis-Leahy | $ 231,025.05 | 2022 |
| 38 | 18350166 | Mercedes-Benz Financial Services USA LLC | $ 110,116.88 | 2022 |
| 39 | 18353944 | Nolte, James and Adilmira | $ 842,245.84 | unknown |
| 40 | 18354013 | Coker-Dailey Irrevocable Trust | $ 3,801,036.62 | 2021 |
| 41 | 18326168 | Robert and Tara Jaeckle | $ 262,574.92 | unknown |
| 42 | 18326130 | Luis and Maxine Elizondo | $ 1,173,169.34 | 2022 |
| 43 | omitted | omitted | omitted | omitted |
| 44 | 18341476 | Gary G. Jackson | $ 124,870.72 | 2021 |
| 45 | 18341475 | Rose V. Jackson | $ 33,900.00 | 2021 |
| 46 | 18341474 | Gary Jackson Living Trust | $ 124,870.72 | 2021 |
| 47 | 18355536 | Michael Reed | $ 1,500,000.00 | 2022 |
| 48 | 18341473 | Rose Valdez-Jackson Living Trust | $ 33,900.00 | 2021 |
| 49 | 18326065 | Charmaigne Benson | $ 801,000.00 | 2019 |
| 50 | 18327315 | Bruce H. and Mary Bengel | $ 5,186,633.31 | 2008 |
| 51 | 18326107 | Jamie Spears Montelongo | $ 95,317.80 | 2022 |
| 52 | 18358337 | Sharon Rakowitz | $ 2,400,000.00 | 2021 |
| 53 | 18326045 | Angelita Vossler | $ 369,665.04 | 2019 |
| 54 | 18333129 | Ronald Pilgrim and Jordie Pilgrim | $ 86,795.30 | 2017 |
| 55 | 18341470 | Dan Mendez | $ 201,669.97 | 2020 |
| 56 | 18341478 | Diana Ibarra Mendez | $ 415,713.52 | 2020 |
| 57 | 18334353 | Eddie Molina | $ 629,329.02 | 2017 |
| 58 | 18334352 | Irma Castiglione | $ 629,329.02 | 2017 |
| 59 | 18326128 | Linda Wetz | $ 146,450.71 | 2014 |
| 60 | 18360452 | Richard Mylnar | $ 419,276.83 | unknown |
| 61 | 18326162 | Rhonda Mylnar | $ 298,223.46 | unknown |
| 62 | 18333128 | Richard Mylnar and Rhonda Mylnar | $ 2,440,741.88 | unknown |
| 63 | 18360461 | Ty Mylnar | $ 39,796.76 | unknown |

| Claim | Creditor Number | Claimant | Amount | Initial Event |
|---|---|---|---|---|
| 64 | 18333126 | Theo Pilgrim | $ 2,154,707.98 | 2021 |
| 65 | 18360882 | Bankers Healthcare Group, LLC | $ 568,301.66 | 2021 |
| 66 | 18361131 | Robbie Henwood | $ 1,377,807.11 | 2017 |
| 67 | 18363906 | Yvonne Weber | $ 495,672.00 | unknown |
| 68 | 18363907 | Robert F Rule | $ 784,424.45 | 2020 |
| 69 | 18363906 | Yvonne Weber | $ 495,872.00 | unknown |
| 70 | 18364253 | The Mavis Gildart Corporation | $ 478,421.70 | 2021 |
| 71 | 18354315 | The Oscar Martinez Garza Trust | $ 2,705,614.83 | 2017 |
| 72 | 18326187 | Taylor Living Trust | $ 2,817,327.34 | 2017 |
| 73 | 18326137 | Mary Kay Holly | $ 340,000.00 | unknown |
| 74 | 18365698 | Charlotte E Hahn (Mullennix) | $ 1,000,000.00 | 2013 |
| 75 | 18326165 | Richard Warncke | $ 46,000.00 | unknown |
| 76 | 18365703 | Barbara Carol Mellott | $ 365,888.52 | unknown |
| 77 | 18338124 | Charles Koch | $ 1,695,000.00 | unknown |
| 78 | 18326070 | Connie F. Gonzales | $ 36,000.00 | unknown |
| 79 | 18366000 | IPFS Corporation | $ 184.36 | 2022 |
| 80 | 18344233 | Christopher John Pettit, as Trustee of the Christopher Jean-Claude Pettit Trust | $ 800,000.00 | unknown |
| 81 | 18336307 | David N. Deaconson | $ 2,276,778.79 | 2020 |
| 82 | 18326091 | Galen Lee | $ 177,000.00 | 2020 |
| 83 | 18367472 | Amy Rose Pridgen | $ 115,566.12 | 2020 |
| 84 | 18367473 | PM Kastis, LLC | $ 6,942.22 | 2022 |
| 85 | 18367475 | Michael E Kastis & Paula Kastis | $ 218,715.35 | 2022 |
| 86 | 18367643 | Vielka Jimenez Abreu de Reyes | $ 8,000,000.00 | unknown |
| 87 | 18367644 | Raul Peril | $ 340,349.78 | unknown |
| 88 | 18367867 | Pamela Pilgrim | $ 837,171.29 | 2021 |
| 89 | 18326828 | Robin and Mark Verstuyft | $ 3,483,493.86 | 2022 |
| 90 | 18351050 | Karen and Wade Seifert | $ 128,024.08 | 2021 |
| 91 | 18351050 | Karen and Wade Seifert | $ 167,805.36 | 2019 |
| 92 | 18368677 | Juanita E Langner Living Trust | $ 60,000.00 | 2018 |
| 93 | 18326132 | Malcolm R. Gildart Irrevocable Trust | $ 557,548.89 | 2014 |
| 94 | 18331290 | Joyce E. Locke | $ 1,056,521.59 | 2020 |
| 95 | 18368852 | Wedgewood Investments, LP | $ 100,000.00 | 2020 |

| Claim | Creditor Number | Claimant | Amount | Initial Event |
|---|---|---|---|---|
| 96 | 18368936 | Traci Burton and Julie Anne Burton | | 2022 |
| 97 | 18368937 | Traci Burton and Julie Burton | | 2022 |
| 98 | 18335296 | Sandra Puchot | $ 558,777.19 | unknown |
| 99 | 18326095 | Gordon & Wendy Kuenemann | $ 907,577.58 | 2021 |
| 100 | 18326118 | Kenneth Scott | $ 147,131.94 | 2017 |
| 101 | 18326116 | Ken & Shelli Scott | $ 147,131.94 | 2017 |
| 102 | 18326087 | Eva Corbo c/o Kenneth Scott POA | $ 581,860.48 | 2019 |
| 103 | 18348060 | Red Rope Limited Partnership | $ 74,442.00 | 2016 |
| 104 | 18326482 | Frank and Emma Persyn Family | $ 14,621,432.15 | 2021 |
| 105 | 18326484 | Frank G. Persyn, Jr. | $ 2,671,828.79 | 2021 |
| 106 | 18370772 | Leigh Sibley | $ 1,180,084.36 | 2022 |
| 107 | 18370773 | Travis and Debra Benke | $ 264,533.51 | 2021 |
| 108 | 18326483 | Henry J. Persyn | $ 2,512,793.01 | 2021 |
| 109 | 18326182 | Sibley Living Trust | $ 1,968,319.99 | 2022 |
| 110 | 18326042 | Alberto Rodriguez | $ 1,236,760.50 | unkown |
| 111 | 18326485 | Laura Kubesh | $ 1,542,818.64 | 2021 |
| 112 | 18326486 | Leslie Ann Persyn | $ 1,320,293.59 | 2021 |
| 113 | 18326138 | Mary L. Skaines | $ 79,182.20 | 2018 |
| 114 | 18371062 | Comptroller of Public Accounts | $ 8,900.00 | 2022 |
| 115 | 18326136 | Mary Jane Staudt | $ 492,320.45 | 2021 |
| 116 | 18326158 | Pilgrim Mortgage | $ 7,131,218.27 | 2017 |
| 117 | 18328496 | Marshall Living Trust; R. Molina; M.L. Marshall; | $ 9,726,410.34 | 2010 |
| 118 | 18371219 | F. E. Marshall Family Limited Partnership | $ 9,726,410.34 | 2010 |
| 119 | 18371235 | Donna Reyes | $ 143,055.09 | 2017 |
| 120 | 18326048 | Arlene Kreitz Hengst Trust | $ 1,981,675.69 | 2021 |
| 121 | 18371462 | Loraine LeComte Dowling Living Trust | $ 144,434.88 | 2019 |
| 122 | 18371652 | National Liability & Fire Insurance Company | | 2021 |
| 123 | 18371554 | Robert Kintigh & Evelyn Brown Kintigh | $ 900,340.03 | 2019 |
| 124 | 18371898 | Lorena Isamar Made | $ 2,000,000.00 | 2007 |
| 125 | 18371901 | Luz Marina Made | $ 1,000,000.00 | 2007 |

| Claim | Creditor Number | Claimant | Amount | Initial Event |
|---|---|---|---:|---|
| 126 | 18371971 | Pogue & Company d/b/a JLP Builders, Inc. | $ 1,835,057.33 | 2022 |
| 127 | 18371990 | Paesanos Parkway Imaging I, LLC | $ 116,500.00 | 2015 |
| 128 | 18326173 | Sallie Mae Waclawczyk | $ 7,525,911.10 | 2012 |
| 129 | 18372333 | Stelzer Chiropractic Neurology Center | $ 28,063.00 | 2020 |
| 130 | 18334356 | Justin Keeney | $ 10,500.00 | 2014 |
| 131 | 18372668 | Texas Workforce Commission | $ 924.44 | 2022 |
| 132 | 18334355 | Genevieve Jumamil | $ 24,903.43 | 2014 |
| 133 | 18372871 | John Phillip Santos, Executor | $ 369,344.45 | 2020 |
| 134 | 18333302 | Michael Archer and Gary Archer | $ 2,536,381.62 | 2013 |
| 135 | 18373364 | The Mcallum Trust | $ 1,389,817.16 | unknown |
| 136 | 18373384 | Stephen Robert Jones as Independent Executor of | $ 480,702.24 | 2021 |
| 137 | 18373398 | Stephen Robert Jones as Independent Executor of | $ 580,957.99 | 2021 |
| 138 | 18373435 | Stephen Robert Jones as Successor Death Trustee of | $ 580,957.98 | 2021 |
| 139 | 18373384 | Stephen Robert Jones as Independent Executor of | $ 1,161,915.98 | 2021 |
| 140 | 18374047 | LMJ IMAGING SERVICES OPEN MRI INC | $ 92,492.00 | 2017 |
| 141 | 18374133 | PATRICA AND MARK HAHNE | $ 200,000.00 | |
| 142 | 18374335 | Antonio Garcia | $ 500.00 | 2019 |
| 143 | 18326057 | Brady Wise | $ 242,000.00 | unknown |
| 144 | 18338203 | Trinity Center Open MRI | $ 65,474.50 | 2020 |
| 145 | 18341936 | Kenneth W. Paris | $ 9,932,522.14 | 2014 |
| 146 | 18326146 | Michael Morales | $ 43,780.05 | 2021 |
| 147 | 18374671 | Barbra Morales | $ 140,429.67 | 2021 |
| 148 | 18374674 | Felicia Morales | $ 873,290.26 | 2021 |
| 149 | 18372333 | Stelzer Chiropractic Neurology Center | $ 28,063.00 | 2020 |
| 150 | 18375278 | Charlie & Krystal Pilgrim | $ 18,006.97 | 2016 |
| 151 | 18353309 | Eddie and Lou Ann Dreamkowski | $ 5,364,819.60 | 2009 |
| 152 | 18326053 | Betty June Krahn | $ 1,586,004.21 | 2016 |
| 153 | 18375752 | Christopher Eardley | $ 211,914.28 | 2020 |
| 154 | 18353811 | Beyer Living Trust | $ 1,162,786.17 | 2022 |

| Claim | Creditor Number | Claimant | Amount | Initial Event |
|---|---|---|---|---|
| 155 | 18326078 | Deidre Persyn | $ 947,080.00 | 2020 |
| 156 | 18326172 | Rosenbusch Farm & Ranch, Inc. | $ 362,482.60 | 2020 |
| 157 | 18375898 | CartWright Living Trust and Phillip Cartwright | $ 250,000.00 | unknown |
| 158 | 18375912 | Norma E. Roberts | $ 3,830.73 | 2020 |
| 159 | 18375913 | Counsel Financial Holdings LLC | $ 3,824,621.78 | 2020 |
| 160 | 18328780 | Counsel Financial II LLC | $ 1,127,440.43 | 2020 |
| 161 | 18326058 | Brenda Nickels Living Trust | $ 1,440,829.54 | 2020 |
| 162 | 18375958 | Ernestine Owings c/o Blaise Bender | $ 2,134,605.24 | 2019 |
| 163 | 18367474 | Michael E Kostis & Paula Kastis | $ 218,715.35 | 2022 |
| 164 | 18367473 | PM Kastis, LLC | $ 6,942.22 | 2022 |
| 165 | 18354079 | ChiroCare Injury Rehab | $ 551,285.50 | 2018 |
| 166 | 18376019 | Estate of Questa Corona Devage, deceased | $ 983,338.44 | 2020 |
| 167 | 18376079 | Alfred West Ward | $ 76,927.99 | 2020 |
| 168 | 18330840 | Jason and Ashley Forsyth | $ 695,533.48 | 2022 |
| 169 | 18326127 | Linda Mae Wehmeyer | $ 306,691.14 | 2021 |
| 170 | 18376144 | Anastasia Stewart Trust | $ 795,724.65 | 2019 |
| 171 | 18376236 | Karen Joan Klarquist | $ - | 2007 |
| 172 | 18376241 | Laurel Armstrong | $ - | 2007 |
| 173 | 18376242 | Ingrid Armstrong | $ - | 2007 |
| 174 | 18376243 | Carrie Susan Armstrong | $ - | 2007 |
| 175 | 18376244 | Edward St.Pe' - Rue Dumaine Development, LLC | $ 412,525.42 | 2021 |
| 176 | 18331289 | Paul Patrick Black Heritage Trust | $ 6,086,817.06 | 2016 |
| 177 | 18327126 | Wayne and Barbara Benke | $ 3,738,076.49 | 2018 |
| 178 | 18376456 | Christina McQueary | $ 174,936.26 | 2019 |
| 179 | 18376459 | Valerie Morris c/o Matthew M. Cowart | $ 11,028,918.24 | 2017 |
| 180 | 18376457 | James Armstrong & Carol Armstrong | $ 55,000,000.00 | 2009 |
| 181 | 18376461 | Robert E. Walsh, Trustee of the Charmaigne Young Benson Irrevocable Trust | $ 10,173,915.82 | 2019 |

| Claim | Creditor Number | Claimant | Amount | Initial Event |
|---|---|---|---|---|
| 182 | 18377166 | John G and Rose Rose Marie | $ 1,700,000.00 | unknown |
| 183 | 18377180 | Rose Marie Claude Pettit Living Trust | $ 840,000.00 | unknown |
| 184 | 18377187 | Pettit Irrevocable Trust | $ 780,000.00 | unknown |
| 185 | 18391829 | DLL | $ 17,059.16 | 2018 |
| 186 | 18401453 | Leo Alexander Christopher Martinez | $ 3,500.00 | unknown |
| 187 | 18404316 | Hillsdale College | $ 140,000.00 | 2020 |
| 188 | 18326105 | James C. Horan and Gennifer Horan | $ 1,509,148.47 | 2021 |
| | | Total | $ 270,397,558.45 | |