# Exhibit 3



OFFICE OF THE SECRETARY OF STATE
NEW MEXICO

**August 10, 2017**

CHRIS PETTIT & ASSOCIATES, P.C.
SAM SANCHEZ
11902 RUSTIC LANE
SAN ANTONIO, TX 78230

**RE: CHRIS PETTIT & ASSOCIATES, P.C.**
**Business ID #: 5500877**

The Office of the Secretary of State has approved and filed the Application for Certificate of Authority for the above captioned professional corporation effective August 9, 2017. The enclosed Certificate of Authority is evidence of filing, and should become a permanent document of the corporation's records.

Please be advised that although the Certificate of Authority has been approved, you must also comply with all other federal or state laws applicable to your professional corporation. This includes, but is not limited to state licensing requirements. It is the corporation's sole responsibility to obtain such compliance with all legal requirements applicable thereto prior to engaging in the business for which it has obtained approval of the referenced document.

**Pursuant to Chapter 53, Article 5 NMSA 1978 Corporate Reports Act (53-5-2), you are required to file an initial corporate report with a filing fee of $25 by September 9, 2017. Thereafter, a corporate report must be filed biennially on or before the fifteenth day of the third month following the end of its taxable year. A Late filing penalty of $200 will be added for untimely filing of any report. The report is required to be filed whether a corporation is active or inactive or until such time that the corporation is relieved from filing the report as required by law. A supplemental report shall be filed within thirty days if, after filing of the corporate report, a change is made affecting the report. All of the above reports can be filed by using the e-Filing web portal:** https://portal.sos.state.nm.us/bfs/online .

If you have any questions, please contact the Corporations Bureau at (505) 827-3600 or toll free at 1-800-477-3632 for assistance.

Corporations Bureau

325 DON GASPAR, SUITE 300, SANTA FE, NEW MEXICO 87501 PHONE:(505)827-3600 FAX:(505)827-4387
TOLL FREE:(800)477-3632   www.sos.state.nm.us

WF-00004952