# Exhibit 4
## WF-00004767–4770
## ***FILED UNDER SEAL***