# Exhibit 6



**mhidalgo@presidiotitle.com**           🔘 Authenticated by wellsfargo.com ✅ Valid Signature

**From:** hubert.bolong@wellsfargo.com
**To:** mhidalgo@presidiotitle.com
**Cc:** Barbara.Ward3@wellsfargo.com, jose.a.gonzalez@wellsfargo.com
**Sent:** Jul 13, 2017 12:26:39 PM CDT
**Subject:** RE: Michael Pitts - Revised CD
**Attached:** document.pdf (429 kb)
document.pdf (114 kb)

Hello Marcia,

Please see attached my revised CD (Only the HOI premium changed). Please update yours and send it over to me.

-Cash To Close: $826,876.82

-Wire Amount: $2,696,069.86

***Closing package will follow shortly.

Thank you!
Hubert Bolong

Mortgage Closer (Lo)
Non-Conforming Regions 18 & 39
Private Mortgage Banking & Retail

Wells Fargo Home Mortgage | 2701 Wells Fargo Way | Minneapolis, MN 55408
MAC N9408-04J
Tel 612-257-7381 | Fax 855-876-1692

Hubert.Bolong@wellsfargo.com

This message may contain personal and/or confidential information. If you are not the addressee or authorized to receive this for the addressee, you must not use, copy, disclose, or take any action based on this message or any information herein. If you have received this message in error, please advise the sender immediately by reply e-mail and delete this message.

**We're here to help.** Your experience matters to us. If you have questions, comments, or concerns that I have not addressed please contact me or my manager **Amanda Podoll** directly at **612-257-7383** or email us at **Amanda.K.Podoll@wellsfargo.com**. Thank you. We appreciate your business.

---

**From:** Konga, Sudha Rani rani.
**Sent:** Wednesday, July 12, 2017 10:17 PM
**To:** Messinger, Nicole
**Cc:** Bolong, Hubert
**Subject:** Michael Pitts - 0508811528

Hi Nicole,

EGS reviewed the Hazard Insurance stipulation: Binder contains all requirements. Stip is satisfied, no additional review required by Processor/Underwriter.

Items updated in CORE:
- Company & Agent Information
- Prepaid Account Payment Information

*Any discrepancies noted above by EGS are items in the policy that EGS is unable to accept, or to determine acceptable, or are out of scope for EGS to approve. Thus please review these items to determine acceptability and follow normal procedures to address. Should you have any questions or concerns, please consult with your manager as EGS is unable to respond to emails*

Regards,
Sudha Rani

Enterprise Global Services | Wells Fargo Centre, Survey No. 66/1, Raidurga Village, Serilingampalli Mandal | Hyderabad, AP 500032

Sudharani.Konga@internal-only.wellsfargo.com

This message may contain confidential and/or privileged information. If you are not the addressee or authorized to receive this for the addressee, you must not use, copy, disclose, or take any action based on this message or any information herein. If you have received this message in error, please advise the sender immediately by reply e-mail and delete this message. Thank you for your cooperation.
**We're here to help.** Your experience matters to us. If you have questions, comments, or concerns that I have not addressed please contact me or my manager, Thammadi Philip, directly at 480-638-6604, or email us at Thammadi.P.Philip@wellsfargo.com Thank you. We appreciate your business.

🔒 Email Encryption Provided by Wells Fargo.

Copyright 2013 Wells Fargo. All rights reserved