# Exhibit 7

# WF (2)-4978-00321–561

# ***FILED UNDER SEAL***