# Exhibit 8

| Date | Description | Credits | Debits |
|---|---|---|---|
| 5/18/2021 | Online Transfer From Chris Pettit & Associates PC BusinessChecking xxxxxx9174 | $ 10,000.00 | $ - |
| 5/21/2021 | WF Home Mtg Auto Pay 052121 xxxxxx0044 Christopher J Pettit | $ - | $ 4,031.05 |
| 6/3/2021 | Online Transfer From Chris Pettit & Associates PC BusinessChecking xxxxxx9174 | $ 5,000.00 | $ - |
| 6/4/2021 | WF Home Mtg Auto Pay 060421 xxxxxx0044 Christopher J Pettit | $ - | $ 4,031.05 |
| 8/16/2021 | Online Transfer From Chris Pettit & Associates PC BusinessChecking xxxxxx9174 | $ 5,000.00 | $ - |
| 8/20/2021 | WF Home Mtg Auto Pay 082021 xxxxxx0044 Christopher J Pettit | $ - | $ 4,031.05 |
| 9/14/2021 | Online Transfer From Chris Pettit & Associates PC BusinessChecking xxxxxx9174 | $ 5,000.00 | $ - |
| 9/14/2021 | WF Home Mtg Retry Pymt 090321 xxxxxx0044 Christopher J Pettit | $ - | $ 4,031.06 |
| 9/15/2021 | Online Transfer From Chris Pettit & Associates PC BusinessChecking xxxxxx9174 | $ 5,000.00 | $ - |
| 9/15/2021 | WF Home Mtg Retry Pymt 091021 xxxxxx0044 Christopher J Pettit | $ - | $ 4,031.05 |
| 9/17/2021 | Online Transfer From Chris Pettit & Associates PC BusinessChecking xxxxxx9174 | $ 5,000.00 | $ - |
| 9/17/2021 | WF Home Mtg Auto Pay 091721 xxxxxx0044 Christopher J Pettit | $ - | $ 4,031.05 |
| 10/1/2021 | Online Transfer From Chris Pettit & Associates PC BusinessChecking xxxxxx9174 | $ 7,500.00 | $ - |
| 10/1/2021 | WF Home Mtg Auto Pay 100121 xxxxxx0044 Christopher J Pettit | $ - | $ 4,031.06 |
| 10/22/2021 | Online Transfer From Chris Pettit & Associates PC BusinessChecking xxxxxx9174 | $ 5,000.00 | $ - |
| 10/22/2021 | WF Home Mtg Auto Pay 102221 xxxxxx0044 Christopher J Pettit | $ - | $ 4,031.05 |
| 10/29/2021 | Online Transfer From Chris Pettit & Associates PC BusinessChecking xxxxxx9174 | $ 7,000.00 | $ - |
| 10/29/2021 | WF Home Mtg Auto Pay 102921 xxxxxx0044 Christopher J Pettit | $ - | $ 4,031.06 |
| 11/5/2021 | Online Transfer From Chris Pettit & Associates PC BusinessChecking xxxxxx9174 | $ 10,000.00 | $ - |
| 11/5/2021 | WF Home Mtg Auto Pay 110521 xxxxxx0044 Christopher J Pettit | $ - | $ 4,031.05 |
| 11/9/2021 | Online Transfer From Chris Pettit & Associates PC BusinessChecking xxxxxx9174 | $ 5,000.00 | $ - |

| Date | Description | Credits | Debits |
|---|---|---:|---:|
| 11/10/2021 | Online Transfer From Chris Pettit & Associates PC BusinessChecking xxxxxx9174 | $ 10,000.00 | $ - |
| 11/12/2021 | WF Home Mtg Auto Pay 111221 xxxxxx0044 Christopher J Pettit | $ - | $ 4,031.05 |
| 11/19/2021 | Online Transfer From Chris Pettit & Associates PC BusinessChecking xxxxxx9174 | $ 10,000.00 | $ - |
| 11/19/2021 | WF Home Mtg Auto Pay 111921 xxxxxx0044 Christopher J Pettit | $ - | $ 4,031.05 |
| 11/22/2021 | Online Transfer From Chris Pettit & Associates PC BusinessChecking xxxxxx9174 | $ 5,000.00 | $ - |
| 12/1/2021 | Online Transfer From Chris Pettit & Associates PC BusinessChecking xxxxxx9174 | $ 20,000.00 | $ - |
| 12/1/2021 | WF Home Mtg Retry Pymt 112621 xxxxxx0044 Christopher J Pettit | $ - | $ 4,031.06 |
| 12/3/2021 | WF Home Mtg Auto Pay 120321 xxxxxx0044 Christopher J Pettit | $ - | $ 4,031.05 |
| 12/9/2021 | Online Transfer From Chris Pettit & Associates PC BusinessChecking xxxxxx9174 | $ 6,000.00 | $ - |
| 12/10/2021 | Online Transfer From Chris Pettit & Associates PC BusinessChecking xxxxxx9174 | $ 3,000.00 | $ - |
| 12/10/2021 | WF Home Mtg Auto Pay 121021 xxxxxx0044 Christopher J Pettit | $ - | $ 4,031.05 |
| 12/24/2021 | Online Transfer From Chris Pettit & Associates PC BusinessChecking xxxxxx9174 | $ 10,000.00 | $ - |
| 12/24/2021 | WF Home Mtg Auto Pay 122421 xxxxxx0044 Christopher J Pettit | $ - | $ 4,031.06 |
| 12/31/2021 | Online Transfer From Chris Pettit & Associates PC BusinessChecking xxxxxx9174 | $ 3,000.00 | $ - |
| 12/31/2021 | Online Transfer From Chris Pettit & Associates PC BusinessChecking xxxxxx9174 | $ 4,000.00 | $ - |
| 12/31/2021 | WF Home Mtg Auto Pay 123121 xxxxxx0044 Christopher J Pettit | $ - | $ 4,031.05 |
| 1/14/2022 | Online Transfer From Chris Pettit & Associates PC BusinessChecking xxxxxx9174 | $ 6,000.00 | $ - |
| 1/14/2022 | Online Transfer From Chris Pettit & Associates PC BusinessChecking xxxxxx9174 | $ 5,000.00 | $ - |
| 1/14/2022 | Online Transfer From Chris Pettit & Associates PC BusinessChecking xxxxxx9174 | $ 10,000.00 | $ - |
| 1/14/2022 | WF Home Mtg Auto Pay 011422 xxxxxx0044 Christopher J Pettit | $ - | $ 4,031.06 |

| Date | Description | Credits | Debits |
|---|---|---|---|
| 2/14/2022 | Online Transfer From Chris Pettit & Associates PC BusinessChecking xxxxxx9174 | $ 6,500.00 | $ - |
| 2/14/2022 | WF Home Mtg Retry Pymt 020422 xxxxxx0044 Christopher J Pettit | $ - | $ 4,031.05 |
| 3/3/2022 | Online Transfer From Chris Pettit & Associates PC BusinessChecking xxxxxx9174 | $ 50,000.00 | $ - |
| 3/4/2022 | Online Transfer From Chris Pettit & Associates PC BusinessChecking xxxxxx9174 | $ 41,000.00 | $ - |
| 3/4/2022 | WF Home Mtg Auto Pay 030422 xxxxxx0044 Christopher J Pettit | $ - | $ 4,031.05 |
| 3/7/2022 | WF Home Mtg Retry Pymt 022522 xxxxxx0044 Christopher J Pettit | $ - | $ 4,031.05 |
| 3/8/2022 | Online Transfer From Chris Pettit & Associates PC BusinessChecking xxxxxx9174 | $ 500,000.00 | $ - |
| 3/11/2022 | WF Home Mtg Auto Pay 031122 xxxxxx0044 Christopher J Pettit | $ - | $ 4,031.06 |
| 3/18/2022 | Online Transfer From Chris Pettit & Associates PC BusinessChecking xxxxxx9174 | $ 5,000.00 | $ - |
| 3/18/2022 | WF Home Mtg Auto Pay 031822 xxxxxx0044 Christopher J Pettit | $ - | $ 4,031.05 |
| 3/25/2022 | Online Transfer From Chris Pettit & Associates PC BusinessChecking xxxxxx9174 | $ 2,500.00 | $ - |
| 3/25/2022 | Online Transfer From Chris Pettit & Associates PC BusinessChecking xxxxxx9174 | $ 2,500.00 | $ - |
| 3/25/2022 | Online Transfer From Chris Pettit & Associates PC BusinessChecking xxxxxx9174 | $ 4,000.00 | $ - |
| 3/25/2022 | WF Home Mtg Auto Pay 032522 xxxxxx0044 Christopher J Pettit | $ - | $ 4,031.05 |
| 4/11/2022 | Online Transfer From Chris Pettit & Associates PC BusinessChecking xxxxxx9174 | $ 15,000.00 | $ - |
| 4/11/2022 | Online Transfer From Chris Pettit & Associates PC BusinessChecking xxxxxx9174 | $ 5,000.00 | $ - |
| 4/11/2022 | Online Transfer From Chris Pettit & Associates PC BusinessChecking xxxxxx9174 | $ 5,000.00 | $ - |
| 4/11/2022 | Online Transfer From Chris Pettit & Associates PC BusinessChecking xxxxxx9174 | $ 1,000.00 | $ - |
| 4/11/2022 | Online Transfer From Chris Pettit & Associates PC BusinessChecking xxxxxx9174 | $ 10,000.00 | $ - |
| 4/11/2022 | WF Home Mtg Retry Pymt 040122 xxxxxx0044 Christopher J Pettit | $ - | $ 4,031.05 |

| Date | Description | Credits | Debits |
|---|---|---|---|
| 4/22/2022 | Online Transfer From Chris Pettit & Associates PC BusinessChecking xxxxxx9174 | $ 20,000.00 | $ - |
| 4/22/2022 | WF Home Mtg Auto Pay 042222 xxxxxx0044 Christopher J Pettit | $ - | $ 4,031.05 |
| 4/29/2022 | Online Transfer From Chris Pettit & Associates PC BusinessChecking xxxxxx9174 | $ 10,000.00 | $ - |
| 4/29/2022 | Online Transfer From Chris Pettit & Associates PC BusinessChecking xxxxxx9174 | $ 1,000.00 | $ - |
| 4/29/2022 | WF Home Mtg Auto Pay 042922 xxxxxx0044 Christopher J Pettit | $ - | $ 4,031.05 |
| 5/5/2022 | Online Transfer From Chris Pettit & Associates PC BusinessChecking xxxxxx9174 | $ 5,000.00 | $ - |
| 5/5/2022 | Online Transfer From Chris Pettit & Associates PC BusinessChecking xxxxxx9174 | $ 12,500.00 | $ - |
| 5/6/2022 | WF Home Mtg Auto Pay 050622 xxxxxx0044 Christopher J Pettit | $ - | $ 4,031.06 |
| 5/20/2022 | Online Transfer From Chris Pettit & Associates PC BusinessChecking xxxxxx9174 | $ 5,000.00 | $ - |
| 5/20/2022 | WF Home Mtg Auto Pay 052022 xxxxxx0044 Christopher J Pettit | $ - | $ 4,031.05 |
| | TOTAL | $ 862,500.00 | $ 116,900.53 |