# Exhibit 10

Submit

# Consumer Account Application



| | |
|---|---|
| Bank Name: WELLS FARGO BANK, N.A. | Branch Name: SAN ANTONIO PB |
| Banker Name: MARIA BREEN | Officer/Portfolio Number: B3421 | Date: 07/03/2017 |
| Banker Phone: 210/856-3176 | Branch Number: 02611 | Banker AU: 0007213 | Banker MAC: T7531-020 |

To help the government fight the funding of terrorism and money laundering activities, U.S. Federal law requires financial institutions to obtain, verify, and record information that identifies each person (individuals and businesses) who opens an account. What this means for you: When you open an account, we will ask for your name, address, date of birth and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.

## New Account Information

| | | |
|---|---|---|
| Product Name: Wells Fargo Everyday Checking | Account Number: 4978 | Product: DDA |
| Purpose of Account: | Minor: | CCID: S08 |
| New Account Kit: Mailed/Delivered | | Checking/Savings Bonus Offer Available: NO |

## Related Customers

| Customer Name: | Account Relationship: |
|---|---|
| CHRIS PETTIT | Sole Owner |

## Statement Mailing Information

| Customer(s) Listed on Statement: | Statement Mailing Address: |
|---|---|
| CHRIS PETTIT | 11 CHAMPIONS RUN |
| | Address Line 2: |
| | City: SAN ANTONIO | State: TX |
| | ZIP/Postal Code: 78258-7719 | Country: US |



2W02-00090868349 2-01

DSG8921 (5-17 SVP)

Page 1 of 2
Wells Fargo Confidential

WF (2)-4978-00318

Consumer Account Application

## Customer 1 Information

| Field | Value |
|---|---|
| Customer Name: | CHRIS PETTIT |
| Customer Number (EIN): | 306403041138215 |
| Account Relationship: | Sole Owner |
| Taxpayer Identification Number (TIN): | -9429 |
| TIN Type: | SSN |
| Date of Birth: | 04/13/1967 |
| Primary ID Type: | DLIC |
| Primary ID Description: | 08569559 |
| Primary ID St/Ctry/Prov: | TX |
| Primary ID Issue Date: | 04/13/2013 |
| Primary ID Expiration Date: | 04/13/2019 |
| Secondary ID Type: | OTHR CC |
| Secondary ID Description: | AMEX |
| Secondary ID State/Country: | |
| Secondary ID Issue Date: | |
| Secondary ID Expiration Date: | 04/30/2020 |
| Home Phone: | |
| Business Phone: | 210/732-8300 |
| Current Employer: | CHRIS PETTIT AND ASSOCIATE |
| Check Reporting: | NO RECORD |
| Street Address: | 11 CHAMPIONS RUN |
| Address Line 2: | |
| Address Line 3: | |
| City: | SAN ANTONIO |
| State: | TX |
| ZIP/Postal Code: | 78258-7719 |
| Country: | US |
| Time at this address: Year(s) / Month(s) | |
| Directional Address: (Document when no physical residence, business or alternate street address) | |
| Previous Street Address: | |
| City: | |
| State: | |
| ZIP/Postal Code: | |
| Country: | |
| Time at this address: Year(s) / Month(s) | |
| Country of Citizenship: | US |

## Customer Signatures

Everything I have stated in this application is correct. You are authorized to make any inquiries that you consider appropriate to determine if you should open or maintain the account. This may include ordering a credit report or other report (i.e. information from any motor vehicle department or other state agency) on me. I have received a copy of the applicable account agreement and the privacy policy (each may be amended from time to time) and agree to be bound by their terms. I also agree to the terms of the dispute resolution program described in the foregoing agreements. Under the dispute resolution program, our disputes will be decided before one or more neutral persons in an arbitration proceeding and not by a jury trial or a trial before a judge.

Customer 1 Name
CHRIS PETTIT

Customer 1 Signature


☐ Submit manually
☐ Signature not required

Date: 07/03/2017

WF (2)-4978-00319