# Exhibit 13

```
                  UNITED STATES BANKRUPTCY COURT
                 FOR THE WESTERN DISTRICT OF TEXAS
                        SAN ANTONIO DIVISION
In re:                          )
                                ) LEAD CASE No. 22-50591-CAG
CHRIS PETTIT & ASSOCIATES,      )
P.C.                            ) SECOND CASE No. 22-50592-CAG
                                )
CHRISTOPHER JOHN PETTIT         )
                                ) Chapter 11
Jointly Administered            ) (Jointly Administered Under
Debtors                         ) Case No. 22-50591)
                                )
                                )
```

_____


RULE 2004 ORAL EXAMINATION OF

KAREN NELSON

DESIGNATED REPRESENTATIVE OF WELLS FARGO BANK, N.A.

FEBRUARY 6, 2023

VOLUME 1

(REPORTED REMOTELY VIA ZOOM VIDEOCONFERENCE)

_____


RULE 2004 ORAL EXAMINATION VIA ZOOM VIDEOCONFERENCE OF KAREN NELSON DESIGNATED REPRESENTATIVE OF WELLS FARGO BANK, N.A., produced as a witness at the instance of the Attorneys for Robin and Mark Verstuyft and Eric B. Terry, Chapter 11 Trustee for the Estate of Chris Pettit & Associates, P.C. and duly sworn, was taken in the above-styled and numbered cause on February 6, 2023,

1  from 9:05 a.m. to 6:35 p.m., before Deborah A.G.
2  Davidson, CSR, RPR, in and for the State of Texas,
3  reported by machine shorthand, with the witness located
4  in Sandy, Utah, pursuant to the 2004 Federal and Local
5  Rules of Bankruptcy Procedure and the provisions stated
6  on the record or attached hereto.
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

```
 1                    A-P-P-E-A-R-A-N-C-E-S

 2   FOR WELLS FARGO BANK, N.A. DEPONENT:

 3        Mr. Jarrod D. Shaw (Via Videoconference)
          MCGUIRE WOODS, LLP
 4        Tower Two-Sixty
          260 Forbes Avenue, Suite 1800
 5        Pittsburgh, PA 15222
          Phone: (713) 493-7547
 6        jshaw@mcguirewoods.com

 7   FOR ROBIN AND MARK VERSTUYFT and ERIC B. TERRY, CHAPTER
     11 TRUSTEE FOR THE ESTATE OF CHRIS PETTIT & ASSOCIATES,
 8   P.C.:

 9        Ms. Leslie M. Luttrell (Via Videoconference)
          LUTTRELL + CARMODY LAW GROUP
10        100 N.E. Loop 410, Suite 615
          One International Centre
11        San Antonio, Texas 78216
          Phone: (210) 426-3600
12        luttrell@lclawgroup.net

13
     FOR COUNSEL FINANCIAL II, LLC AND COUNSEL FINANCIAL
14   HOLDINGS:

15        Mr. Randall A. Pulman (Via Videoconference)
          PULMAN, CAPPUCCIO & PULLEN, LLP
16        2161 NW Military Highway
          Suite 400
17        San Antonio, Texas 78213
          Phone: (210) 222-9494
18        rpulman@pulmanlaw.com

19
     FOR BEYER LIVING TRUST and ERIC B. TERRY, CHAPTER 11
20   TRUSTEE FOR THE ESTATE OF CHRIS PETTIT & ASSOCIATES,
     P.C.:
21
          Mr. Morris E. "Trey" White, III (Via Videoconference)
22        VILLA & WHITE, LLP
          1100 NW Loop 410
23        Suite 802
          San Antonio, Texas 78213
24        Phone: (210) 225-4500
          treywhite@villawhite.com
25
```

```
 1  FOR STEPHEN JONES AND J. ALBERT JONES TRUST:
 2        Mr. David McQuade Leibowitz (Via Videoconference)
          LAW OFFICES OF DAVID MCQUADE LEIBOWITZ, PC
 3        517 Soledad Street
          San Antonio, Texas 782015
 4        Phone: (210) 225-8787
          david@leibowitzlaw.com
 5
    FOR BILL AND SANDY DAILEY AND COKER-DAILY LIVING TRUST:
 6
          Mr. Brian M. Dennis (Via Videoconference)
 7        LANG LAW FIRM, P.C.
          10500 Heritage Blvd.
 8        Suite 200
          San Antonio, Texas 78216
 9        Phone: (210) 479-8899
          brian@langfirm.com
10
11  ALSO PRESENT:
12        William Perotti, (Via Videoconference)
13        Jared Graves, (Via Videoconference)
14        Karen Seifert, (Via Videoconference)
15        Earl Beyer, (Via Videoconference)
16        Ken Beyer, (Via Videoconference)
17        Ken Locke, (Via Videoconference)
18        Christina McQueary, (Via Videoconference)
19        Robin Verstuyft, (Via Videoconference)
20        Stephen Jones, (Via Videoconference)
21        Karen Nelson, (Via Videoconference)
             The Witness;
22
          Deborah Davidson, (Via Videoconference)
23           Certified Shorthand Reporter.
24
25
```

<pre>
                                                                  5
</pre>

<pre>
 1                          I-N-D-E-X
 2                                                            PAGE
 3   Appearances.................................... 3
 4
     KAREN NELSON
 5
         Examination by Ms. Luttrell.................... 8
 6
 7   Signature and Changes.............................. 271
 8   Reporter's Certificate............................. 273
 9
10                          E-X-H-I-B-I-T-S
11   NO.   DESCRIPTION                                    PAGE
12   1     Amended Notice of Intent to Conduct
           Rule 2004 Examination of Wells Fargo Bank, N.A.
13         Pursuant to Stipulation......................... 38
14   2     Wells Fargo Business Account Application
           Bates: WF (2)-9174-01300 to WF (2)-9174-01303....68
15
     3     Wells Fargo Authorization for Information and
16         Certificate of Authority
           Bates: WF (2)-9174-00009 to WF (2)-9174-00011....88
17
     4     Wells Fargo Business Account Application
18         Bates: WF (2)-9720-00001 to WF  (2)-9720-00005...90
19   5     Wells Fargo Certificate Regarding Beneficial
           Owners of Legal Entity Customers
20         Bates:WF (2)-9720-00008 to WF (2)-9720-00009....100
21   6     Wells Fargo Consumer Account Application
           Bates: WF (2)-4978-00153 to WF (2)-4978-00154...106
22
     7     Wells Fargo Certification Regarding Beneficial
23         Owners of Legal Entity Customers
           Bates: WF (2)-9746-00003 to WF (2)-9746-00004...111
24
     8     Wells Fargo Business Account Application
25         Bates: WF (2)-9746-00102 to WF (2)-9746-00106...112
</pre>

<pre>
                       DAVIDSON REPORTING, INC.
                            (210) 340-3656
</pre>

<pre>
23-05039-cag  Doc#1-13  Filed 05/02/23  Entered 05/02/23 16:20:39  Exhibit 13 Pg 6 of 15
</pre>

1   9     Wells Fargo Business Account Application
          Bates: WF (2)-5032-00004 to WF (2)-5032-00007...126
2
    10    Wells Fargo - Our Code of Ethics and Business
3         Conduct........................................131

4   11    Texas Access to Justice Foundation
         IOLTA notice...................................172
5
    12    Texas Rules of Professional Conduct 1.14.......173
6
    13    Skipped in sequence
7
    14    Texas Equal Access to Justice Program Rule 4....174
8
    15    Texas Equal Access to Justice Program Rule 7....178
9
    16    State Bar of New Mexico IOLTA Program
10        Attorney Notice of Enrollment..................181

11  17    Rules of Professional Conduct 16-115...........184

12  18    Rule 17-204 Trust Accounting...................187

13  19    24-109 Trust Accounts; special requirements
         For IOLTA trust accounts.......................188
14
    20    Trust Account Manual...........................205
15
    21    Transaction Log document
16        Bates: WF-00004317 to WF-00004362..............228

17  22    The Disciplinary Boards Letter dated
         May 12, 2021 to Wells Fargo Bank, N.A..........258
18

19
                    CERTIFIED QUESTIONS
20  NO.                                          PAGE/LINE

21  1   ............................................62:14
    2   .............................................85:4
22  3   .............................................96:6
    4   ...........................................242:5
23

24

25 Reporter's Note: Quotation marks are used for clarity and do not necessarily reflect a direct quote

1  2004 notice?
2     A.  I did review it.  I don't know that I
3  understood all of the terminologies since I'm not an
4  attorney.
02:01 5     Q.  Okay.  I'm going to ask you again.  As you sit
6  here today do you have any knowledge of the existence or
7  absence of Wells Fargo's policies and procedures related
8  to active federal laws and -- which include 12 CFR 21.21
9  and 31 U.S.C. 5318?
02:02 10    A.  I don't know if this is what you're looking
11  for, but what I can tell you is that Wells Fargo has
12  procedures that -- that we comply with regarding the
13  Bank Secrecy Act and anti -- anti-money laundering.
14    Q.  And have you had any involvement in the
02:02 15  enforcement of those policies or procedures?
16    A.  No.
17    Q.  Has anyone under your supervision or control
18  had any involvement in the enforcement of those policies
19  or procedures?
02:03 20    A.  No.
21    Q.  With regard to the -- with regard to the --
22  with regard to the Wells Fargo Code of Ethics, are you
23  familiar with that document?
24    A.  I am.
02:03 25    Q.  Okay.  And can you agree with me that it is --

|  |  |
|---|---|
|  | 1 it is included in and is a tenet the Wells Fargo Code of |
|  | 2 Ethics that employees of Wells Fargo complete all due |
|  | 3 diligence requirements related to customers that are |
|  | 4 accepted into the bank? |
| 02:04 | 5     A.  I don't have the document memorized, Code of |
|  | 6 Ethics document.  What you stated sounds accurate. |
|  | 7          MS. LUTTRELL:  Let's go to page 17 of the |
|  | 8 Code of Ethics, please. |
|  | 9     Q.  (BY MS. LUTTRELL)  First and foremost, |
| 02:05 | 10 Ms. Nelson, do you recognize this as the current Code of |
|  | 11 Ethics and Business Conduct for Wells Fargo? |
|  | 12     A.  I believe that's the -- the current version. |
|  | 13          MR. LEIBOWITZ:  Ms. Luttrell, is that |
|  | 14 Exhibit 10, ma'am? |
| 02:05 | 15          MS. LUTTRELL:  It -- it is about to be |
|  | 16 marked as Exhibit 10. |
|  | 17          MR. LEIBOWITZ:  Okay.  I beg your pardon. |
|  | 18 Thank you. |
|  | 19          MS. LUTTRELL:  That's quite all right. |
| 02:05 | 20 Ms. Davidson, would you please note that the Wells Fargo |
|  | 21 Code of Ethics shall be identified as Exhibit 10? |
|  | 22          THE REPORTER:  Yes. |
|  | 23          (Exhibit 10 marked.) |
|  | 24     Q.  (BY MS. LUTTRELL)  Yeah.  So in -- do you |
| 02:05 | 25 recognize the -- have you reviewed the -- the page that |

```
 1  is up before you, which is page 17 of it looks like 28,
 2  29?
 3              MR. SHAW:  Leslie, just for clarity, I
 4  think it's 16 of the PD -- of the document itself, but
 5  page 17 of the PDF.
 6              MS. LUTTRELL:  Okay.  Well, I can't see --
 7  I can't see the page on my document, on what's up in
 8  front of me.
 9              MR. SHAW:  Well, my nose is an inch from
10  the screen.  I'm just trying to read it.
11              MS. LUTTRELL:  Okay.
12     Q.  (BY MS. LUTTRELL)  So if it's page 16 on
13  there -- yeah, page 16.  So will you read for the record
14  or read to yourself -- the section on the right-hand
15  side of the page that is identified as employee
16  responsibilities?  And let me know when you have
17  completed your review.
18     A.  Okay.
19              MS. LUTTRELL:  Okay.  Scroll up to the top
20  of that page if you would, Mr. Perotti.
21     Q.  (BY MS. LUTTRELL) And so this is -- this is the
22  section called Anti-Money Laundering, correct?
23     A.  That's correct.
24     Q.  Okay.  So you can agree with me, can't you,
25  Ms. Nelson, as the representative of Wells Fargo that it
```

1  is the responsibility of each employee of Wells Fargo to
2  complete all customer due diligence requirements?
3      A.   Yes. I'm sorry. It -- was that a -- of course
4  I couldn't tell if that was a question or a statement,
02:08  5  but yes, I agree to that.
6      Q.   All right. And can you also agree with me that
7  it is a requirement -- a condition of employment with
8  Wells Fargo that each employee with a responsibility to
9  do so is to be alert to and report any unusual or
02:08  10  suspicious activity to their manager and internal groups
11  responsible for Anti-Money Laundering compliance?
12      A.   That's correct.
13      Q.   And as the representative of Wells Fargo here
14  today, is it your testimony that Wells Fargo complete --
02:08  15  Wells Fargo employees complete all due -- all customer
16  due diligence requirements?
17      A.   Yes. Wells Fargo complies with all applicable
18  law.
19      Q.   All applicable law. Okay. Do you know what
02:09  20  laws are applicable to the completion of customer due
21  diligence requirements?
22          MR. SHAW: Objection. It calls for a legal
23  conclusion. It's outside the scope. Ms. Nelson is not
24  a lawyer.
02:09  25          MS. LUTTRELL: Ms. Nelson just testified

| | |
|---|---|
| 1 | CHANGES AND SIGNATURE |
| 2 | WITNESS NAME: KAREN NELSON  VOLUME 1 |
| 3 | DATE OF DEPOSITION: FEBRUARY 6, 2023 |
| 4 | PAGE      LINE          CHANGE              REASON |
| 5 | _____ |
| 6 | _____ |
| 7 | _____ |
| 8 | _____ |
| 9 | _____ |
| 10 | _____ |
| 11 | _____ |
| 12 | _____ |
| 13 | _____ |
| 14 | _____ |
| 15 | _____ |
| 16 | _____ |
| 17 | _____ |
| 18 | _____ |
| 19 | _____ |
| 20 | _____ |
| 21 | _____ |
| 22 | _____ |
| 23 | _____ |
| 24 | _____ |
| 25 | _____ |

1      I, KAREN NELSON, have read the foregoing
deposition and hereby affix my signature that same is
2  true and correct, except as noted above.

3

                              _____
4                             KAREN NELSON

5

6  THE STATE OF _____)

7  COUNTY OF _____)

8      Before me, _____, on this day personally

9  appeared KAREN NELSON, known to me (or proved to me

10 under oath or through _____)

11 (description of identity card or other document) to be

12 the person whose name is subscribed to the foregoing

13 instrument and acknowledged to me that they executed the

14 same for the purposes and consideration therein

15 expressed.

16     Given under my hand and seal of office this

17 _____ day of _____, _____.

18

19                             _____
                              NOTARY PUBLIC IN AND FOR
20                            THE STATE OF _____

21
   My commission expires: _____
22

23 ____ No Changes Made _____ Amendment Sheet(s) Attached

24

25

```
                UNITED STATES BANKRUPTCY COURT
              FOR THE WESTERN DISTRICT OF TEXAS
                      SAN ANTONIO DIVISION

In re:                        ) LEAD CASE No. 22-50591-CAG
                              )
CHRIS PETTIT & ASSOCIATES,    ) SECOND CASE No. 22-50592-CAG
P.C.                          )
                              )
CHRISTOPHER JOHN PETTIT       ) Chapter 11
                              ) (Jointly Administered Under
Jointly Administered          ) Case No. 22-50591)
Debtors                       )
```

_____

REPORTER'S CERTIFICATION OF

THE RULE 2004 ORAL EXAMINATION OF

KAREN NELSON

DESIGNATED REPRESENTATIVE OF WELLS FARGO BANK, N.A.

FEBRUARY 6, 2023

VOLUME 1

(REPORTED REMOTELY VIA ZOOM VIDEOCONFERENCE)
_____

      I, Deborah A.G. Davidson, Certified Shorthand Reporter and Notary Public in and for the State of Texas, hereby certify to the following:

      That the witness, KAREN NELSON, was duly sworn by the officer and that the transcript of the oral deposition is a true record of the testimony given by the witness;

      That the original deposition was delivered to _____;

      That a copy of this certificate was served on

1  all parties and/or the witness shown herein on
2  _____.
3        I further certify that pursuant to the 2004
4  Federal and Local Rules of Bankruptcy Procedure that the
5  signature of the deponent:
6        __X__ was requested by the deponent or a party
7  before the completion of the deposition and that the
8  signature is to be before any notary public and returned
9  within 30 days from date of receipt of the transcript.
10 If returned, the attached Changes and Signature Page
11 contains any changes and the reasons therefore:
12        _____ was not requested by the deponent or a
13 party before the completion of the deposition.
14        I further certify that I am neither counsel
15 for, related to, nor employed by any of the parties or
16 attorneys in the action in which this proceeding was
17 taken, and further that I am not financially or
18 otherwise interested in the outcome of the action.
19        Certified to by me this, the 14th of February,
20 2023.
21
          _____
22        Deborah A.G. Davidson, Texas CSR 1857
          Expiration Date:  8/31/2024
23        Firm Registration No. 253
          Davidson Reporting, Inc.
24        926 Chulie Drive, Suite 115
          San Antonio, Texas 78216
25        Phone: (210) 340-3656