# Exhibit 14

# Transcript of the 2004 Examination of Bridget Cerny to be filed when available