# Exhibit 16

# WF-00004779–4784

# ***FILED UNDER SEAL***