# Exhibit 17
# WF-00004818
# ***FILED UNDER SEAL***