# Exhibit 24



2440 Louisiana Blvd. NE
Suite. 280
Albuquerque, NM 87110

**The Disciplinary Board**
AN AGENCY OF THE SUPREME COURT OF THE
STATE OF NEW MEXICO

Phone: (505) 842-5781
Facsimilie: (505) 766-6833

### **CONFIDENTIAL**

May 12, 2021

Wells Fargo Bank, NA
IOLTA/RETA Reporting
P.O. Box 3908
Portland, OR 97208

To Whom it May Concern:

This is to acknowledge the receipt of the overdraft information against Chris Pettit & Associates. Please be advised that we are unable to process this information regarding Mr. Pettit, as he is not an attorney registered in New Mexico and is not practicing law in the state of New Mexico.

Very truly yours,

Anne L. Taylor
Chief Disciplinary Counsel

ALT/edb
Enclosures as noted.

# Summary of Comments on Ex 5 - Letter from SBONM.pdf

## Page: 1

**Number:** 1    **Author:** atsheffe    **Subject:** Sticky Note    **Date:** 5/24/2021 1:45:56 PM

No action taken. Notes on cupr indicate the IOLTA was intended for New Mexico. Although Chris Pettit isn't practicing law in New Mexico, he has attorneys working for him there; however, no other attorneys are listed as signers on the account.



Wells Fargo Bank, N.A.
IOLTA/RETA Reporting
PO Box 3908
Portland, OR 97208-3908

DISCIPLINARY BOARD OF NEW MEXICO
ATTN: ATTORNEY TRUST ACCOUNT REPORTING
2440 LOUISIANA BLVD NW, SUITE 280
ALBUQUERQUE, NM 87710

Wells Fargo Bank, N.A. - Overdrawn IOLTA/Attorney Trust Accounts          05/05/2021    585

| Account Number | Account Name and Address | | | | |
|---|---|---|---|---|---|
| XXXXXXXXXXX9174 | CHRIS PETTIT & ASSOCIATES PC<br>11902 RUSTIC LN<br>SAN ANTONIO TX 78230-1418 | | | | |
| | Account Balance | Transaction Description | Transaction Amount | Action | Fee |
| END OF REPORT | -$11,781.08 | CHECK # 01430 | $22839.09 | RETU | $35.00 |

RECEIVED
MAY 10 2021
Disciplinary Board



N0IO40050000021

US POSTAGE
FIRST-CLASS
$0.510
062S0007736070
FROM 87110

ALBUQUERQUE NM 870
12 MAY 2021 PM 4 L

The Disciplinary Board
OF THE SUPREME COURT
2440 Louisiana Blvd. NE,
Ste. 280
Albuquerque, NM 87110

Wella Fargo Bank, NA
IOLTA/RETA Reporting
P.O. Box 3908
Portland, OR 97208

97208-390808



Wells Fargo Bank, N.A.
IOLTA/RETA Reporting
PO Box 3908
Portland, OR 97208-3908



RECEIVED
MAY 11 2021
Disciplinary Board

DISCIPLINARY BOARD OF NEW MEXICO
ATTN: ATTORNEY TRUST ACCOUNT REPORTING
2440 LOUISIANA BLVD NW, SUITE 280
ALBUQUERQUE, NM 87710

Wells Fargo Bank, N.A. - Overdrawn IOLTA/Attorney Trust Accounts          05/06/2021     585

| Account Number | Account Name and Address | Account Balance | Transaction Description | Transaction Amount | Action | Fee |
|---|---|---|---|---|---|---|
| XXXXXXXXXXX9174 | CHRIS PETTIT & ASSOCIATES PC<br>11902 RUSTIC LN<br>SAN ANTONIO TX 78230-1418 | -$97,138.70 | CHECK # 01422 | $134195.45 | RETU | $35.00 |

END OF REPORT

N0IO40060000021