# Exhibit 25

| Date | Description | Withdrawals |
|------|-------------|-------------|
| 4/19/2021 | State Sales Tax | $ 1.01 |
| 4/23/2021 | State Sales Tax | $ 2.03 |
| 5/3/2021 | State Sales Tax | $ 2.09 |
| 5/6/2021 | NSF Return Item Fee for a Transaction Received on 05/05$22,839.09 Check # 01430 | $ 35.00 |
| 5/6/2021 | State Sales Tax | $ 2.36 |
| 5/7/2021 | NSF Return Item Fee for a Transaction Received on 05/06$134,195.45 Check # 01422 | $ 35.00 |
| 5/7/2021 | State Sales Tax | $ 2.36 |
| 5/10/2021 | NSF Return Item Fee for a Transaction Received on 05/07$41,581.09 Check # 01663 | $ 35.00 |
| 5/10/2021 | State Sales Tax | $ 2.36 |
| 5/11/2021 | NSF Return Item Fee for a Transaction Received on 05/10$134,195.45 Check # 01422 | $ 35.00 |
| 5/11/2021 | State Sales Tax | $ 2.36 |
| 5/12/2021 | NSF Return Item Fee for a Transaction Received on 05/11$134,195.45 Check # 01423 | $ 35.00 |
| 5/12/2021 | State Sales Tax | $ 2.36 |
| 5/19/2021 | NSF Return Item Fee for a Transaction Received on 05/18$112,375.00 Check # 01771 | $ 35.00 |
| 5/19/2021 | Overdraft Fee for a Transaction Received on 05/18 $112,375.00Check # 01773 | $ 35.00 |
| 5/19/2021 | State Sales Tax | $ 2.36 |
| 5/19/2021 | State Sales Tax | $ 2.09 |
| 5/24/2021 | NSF Return Item Fee for a Transaction Received on 05/21$250,000.00 Check # 01785 | $ 35.00 |
| 5/24/2021 | State Sales Tax | $ 2.36 |
| 6/2/2021 | State Sales Tax | $ 2.09 |
| 6/4/2021 | NSF Return Item Fee for a Transaction Received on 06/03$20,000.00 Check # 01986 | $ 35.00 |
| 6/4/2021 | State Sales Tax | $ 2.36 |
| 6/7/2021 | NSF Return Item Fee for a Transaction Received on 06/04$47,060.56 American Express ACH Pmt 210604 W3262 ChrisPettit and Assoc | $ 35.00 |
| 6/7/2021 | State Sales Tax | $ 2.36 |
| 6/29/2021 | NSF Return Item Fee for a Transaction Received on 06/28 $992.MR Advance Dailypmt 210628 Chris Pettit Fa589662 | $ 35.00 |
| 6/29/2021 | NSF Return Item Fee for a Transaction Received on 06/28$2,000.00 Check # 01975 | $ 35.00 |
| 6/29/2021 | Overdraft Fee for a Transaction Posted on 06/28 $884.15 UniquFunding S 266144 210625 Bv15266144#2 1 Chris Pettit 5553433 | $ 35.00 |

Table of Overdraft Events and Fees Assessed

| Date | Description | Withdrawals |
|------|-------------|-------------|
| 6/29/2021 | Overdraft Fee for a Transaction Posted on 06/28 $412.34 Check01814 | $ 35.00 |
| 6/29/2021 | State Sales Tax | $ 2.36 |
| 6/29/2021 | State Sales Tax | $ 2.36 |
| 7/1/2021 | Business to Business ACH Debit - MR Advance Epfa589662210701 Chris Pettit Fa589662 - Fee_NSF | $ 35.00 |
| 7/12/2021 | Overdraft Fee for a Transaction Posted on 07/09 $739.00 GreenCapital Fu Green Capi Jul 09 Deb12579012 Chriapettitandassoci | $ 35.00 |
| 7/12/2021 | Overdraft Fee for a Transaction Posted on 07/09 $992.86 MRAdvance Dailypmt 210709 Chris Pettit Fa589662 | $ 35.00 |
| 7/12/2021 | Overdraft Fee for a Transaction Received on 07/09 $884.15Unique Funding S 266144 210708 D172266144#2 9 Chris Pettit5608078 | $ 35.00 |
| 7/12/2021 | Overdraft Fee for a Transaction Received on 07/09 $243.60 Che# 01559 | $ 35.00 |
| 7/14/2021 | NSF Return Item Fee for a Transaction Received on 07/13 $992.MR Advance Dailypmt 210713 Chris Pettit Fa589662 | $ 35.00 |
| 7/14/2021 | NSF Return Item Fee for a Transaction Received on 07/13 $884.Unique Funding S 266144 210712 Dbm3266144#3 1 Chris Pettit5621579 | $ 35.00 |
| 7/14/2021 | Overdraft Fee for a Transaction Posted on 07/13 $594.63Forwardline Fina Preauthpmt 210712 Forwardlinec Orp ChrisPettit & Associa | $ 35.00 |
| 7/14/2021 | Overdraft Fee for a Transaction Posted on 07/13 $739.00 GreenCapital Fu Green Capi Jul 13 Deb12582260 Chriapettitandassoci | $ 35.00 |
| 7/14/2021 | State Sales Tax | $ 2.36 |
| 7/14/2021 | State Sales Tax | $ 2.36 |
| 7/15/2021 | NSF Return Item Fee for a Transaction Received on 07/14 $594.Forwardline Fina Preauthpmt 210713 Forwardlinec Orp ChrisPettit & Associa | $ 35.00 |
| 7/15/2021 | NSF Return Item Fee for a Transaction Received on 07/14 $739.Green Capital Fu Green Capi Jul 14 Deb12583808Chriapettitandassocia | $ 35.00 |
| 7/15/2021 | NSF Return Item Fee for a Transaction Received on 07/14 $992.MR Advance Dailypmt 210714 Chris Pettit Fa589662 | $ 35.00 |
| 7/15/2021 | NSF Return Item Fee for a Transaction Received on 07/14 $884.Unique Funding S 266144 210713 Dg18266144#3 2 Chris Pettit5627308 | $ 35.00 |
| 7/15/2021 | State Sales Tax | $ 2.36 |
| 7/15/2021 | State Sales Tax | $ 2.36 |
| 7/15/2021 | State Sales Tax | $ 2.36 |
| 7/15/2021 | State Sales Tax | $ 2.36 |

| Date | Description | Withdrawals | |
|------|-------------|---|---|
| 7/16/2021 | NSF Return Item Fee for a Transaction Received on 07/15 $594.Forwardline Fina Preauthpmt 210714 Forwardlinec Orp ChrisPettit & Associa | $ | 35.00 |
| 7/16/2021 | NSF Return Item Fee for a Transaction Received on 07/15 $739.Green Capital Fu Green Capi Jul 15 Deb12585314Chriapettitandassocia | $ | 35.00 |
| 7/16/2021 | NSF Return Item Fee for a Transaction Received on 07/15 $992.MR Advance Dailypmt 210715 Chris Pettit Fa589662 | $ | 35.00 |
| 7/16/2021 | NSF Return Item Fee for a Transaction Received on 07/15 $884.Unique Funding S 266144 210714 Dkyv266144#3 3 Chris Pettit5633703 | $ | 35.00 |
| 7/16/2021 | Overdraft Fee for a Transaction Posted on 07/15 $130.00 Check01641 | $ | 35.00 |
| 7/16/2021 | State Sales Tax | $ | 2.36 |
| 7/16/2021 | State Sales Tax | $ | 2.36 |
| 7/16/2021 | State Sales Tax | $ | 2.36 |
| 7/16/2021 | State Sales Tax | $ | 2.36 |
| 7/19/2021 | NSF Return Item Fee for a Transaction Received on 07/16 $172.Csc 7142021 Default Recp ID Chris Pettit & Associa | $ | 35.00 |
| 7/19/2021 | NSF Return Item Fee for a Transaction Received on 07/16 $594.Forwardline Fina Preauthpmt 210715 Forwardlinec Orp ChrisPettit & Associa | $ | 35.00 |
| 7/19/2021 | NSF Return Item Fee for a Transaction Received on 07/16 $688.Phmg Christopher US ACH DD18663 Phmg | $ | 35.00 |
| 7/19/2021 | NSF Return Item Fee for a Transaction Received on 07/16 $739.Green Capital Fu Green Capi Jul 16 Deb12586844Chriapettitandassocia | $ | 35.00 |
| 7/19/2021 | NSF Return Item Fee for a Transaction Received on 07/16 $992.MR Advance Dailypmt 210716 Chris Pettit Fa589662 | $ | 35.00 |
| 7/19/2021 | NSF Return Item Fee for a Transaction Received on 07/16 $884.Unique Funding S 266144 210715 Dq9H266144#3 4 Chris Pettit5640565 | $ | 35.00 |
| 7/19/2021 | NSF Return Item Fee for a Transaction Received on 07/16 $150.Check # 01744 | $ | 35.00 |
| 7/19/2021 | NSF Return Item Fee for a Transaction Received on 07/16 $150.Check # 01645 | $ | 35.00 |
| 7/19/2021 | State Sales Tax | $ | 2.36 |
| 7/19/2021 | State Sales Tax | $ | 2.36 |
| 7/19/2021 | State Sales Tax | $ | 2.36 |
| 7/19/2021 | State Sales Tax | $ | 2.36 |
| 7/19/2021 | State Sales Tax | $ | 2.36 |
| 7/19/2021 | State Sales Tax | $ | 2.36 |
| 7/19/2021 | State Sales Tax | $ | 2.36 |

Table of Overdraft Events and Fees Assessed

| Date | Description | Withdrawals |
|------|-------------|-------------|
| 7/19/2021 | State Sales Tax | $ 2.36 |
| 7/20/2021 | NSF Return Item Fee for a Transaction Received on 07/19 $594.Forwardline Fina Preauthpmt 210716 Forwardlinec Orp ChrisPettit & Associa | $ 35.00 |
| 7/20/2021 | NSF Return Item Fee for a Transaction Received on 07/19 $739.Green Capital Fu Green Capi Jul 19 Deb12588422Chriapettitandassocia | $ 35.00 |
| 7/20/2021 | NSF Return Item Fee for a Transaction Received on 07/19 $884.Unique Funding S 266144 210716 Dvfq266144#3 5 Chris Pettit5647270 | $ 35.00 |
| 7/20/2021 | NSF Return Item Fee for a Transaction Received on 07/19 $35.0MR Advance Epfa589662 210719 Chris Pettit Fa589662 - Fee_NSF | $ 35.00 |
| 7/20/2021 | NSF Return Item Fee for a Transaction Received on 07/19 $992.MR Advance Dailypmt 210719 Chris Pettit Fa589662 | $ 35.00 |
| 7/20/2021 | NSF Return Item Fee for a Transaction Received on 07/19 $992.MR Advance Epfa589662 210719 Chris Pettit Fa589662 - ExtraPull | $ 35.00 |
| 7/20/2021 | Business to Business ACH Debit - MR Advance Fa589662 210720Chris Pettit Fa589662 - Fee_NSF | $ 35.00 |
| 7/20/2021 | State Sales Tax | $ 2.36 |
| 7/20/2021 | State Sales Tax | $ 2.36 |
| 7/20/2021 | State Sales Tax | $ 2.36 |
| 7/20/2021 | State Sales Tax | $ 2.36 |
| 7/20/2021 | State Sales Tax | $ 2.36 |
| 7/20/2021 | State Sales Tax | $ 2.36 |
| 7/21/2021 | NSF Return Item Fee for a Transaction Received on 07/20 $884.Unique Funding S 266144 210719 E0T7266144#3 6 Chris Pettit5654235 | $ 35.00 |
| 7/21/2021 | NSF Return Item Fee for a Transaction Received on 07/20 $150.Check # 01645 | $ 35.00 |
| 7/21/2021 | NSF Return Item Fee for a Transaction Received on 07/20 $300.Check # 016490ued)Description | $ 35.00 |
| 7/21/2021 | NSF Return Item Fee for a Transaction Received on 07/20 $300.Check # 01659 | $ 35.00 |
| 7/21/2021 | Overdraft Fee for a Transaction Posted on 07/20 $992.86 MRAdvance Fa589662 210720 Chris Pettit Fa589662 - Extra Pull | $ 35.00 |
| 7/21/2021 | Overdraft Fee for a Transaction Posted on 07/20 $150.00 Check01744 | $ 35.00 |
| 7/21/2021 | State Sales Tax | $ 2.36 |
| 7/21/2021 | State Sales Tax | $ 2.36 |
| 7/21/2021 | State Sales Tax | $ 2.36 |
| 7/21/2021 | State Sales Tax | $ 2.36 |

| Date | Description | Withdrawals | |
|------|-------------|---|---|
| 9/3/2021 | NSF Return Item Fee for a Transaction Received on 09/02$9,392.30 Bhg LLC Payment 764993 19827 66 764993 ServicingPlan | $ | 35.00 |
| 9/3/2021 | State Sales Tax | $ | 2.36 |
| 9/27/2021 | NSF Return Item Fee for a Transaction Received on 09/24$25,000.00 Check # 02041 | $ | 35.00 |
| 9/27/2021 | NSF Return Item Fee for a Transaction Received on 09/24$25,000.00 Check # 02039 | $ | 35.00 |
| 9/27/2021 | State Sales Tax | $ | 2.36 |
| 9/27/2021 | State Sales Tax | $ | 2.36 |
| 10/26/2021 | NSF Return Item Fee for a Transaction Received on 10/25 $1,594,314.84 Check # 02069 | $ | 35.00 |
| 10/26/2021 | State Sales Tax | $ | 2.36 |
| 11/26/2021 | Overdraft Fee for a Transaction Posted on 11/24 $1,870.73Check # 02285 | $ | 35.00 |
| 11/26/2021 | Overdraft Fee for a Transaction Received on 11/24 $50,000.00Check # 02334 | $ | 35.00 |
| 11/26/2021 | Overdraft Fee for a Transaction Posted on 11/24 $1,418.75Check # 02232 | $ | 35.00 |
| 11/26/2021 | Overdraft Fee for a Transaction Received on 11/24 $4,890.90Check # 02270 | $ | 35.00 |
| 11/26/2021 | Overdraft Fee for a Transaction Received on 11/24 $187.00Check # 02161 | $ | 35.00 |
| 12/8/2021 | NSF Return Item Fee for a Transaction Received on 12/07$32,000.00 Check # 02351 | $ | 35.00 |
| 12/8/2021 | State Sales Tax | $ | 2.36 |
| 12/9/2021 | State Sales Tax | $ | 2.09 |
| 12/15/2021 | NSF Return Item Fee for a Transaction Received on 12/14$10,588.79 Check # 02470 | $ | 35.00 |
| 12/15/2021 | NSF Return Item Fee for a Transaction Received on 12/14$11,960.40 Check # 02437 | $ | 35.00 |
| 12/15/2021 | NSF Return Item Fee for a Transaction Received on 12/14$20,566.89 Check # 02474 | $ | 35.00 |
| 12/15/2021 | State Sales Tax | $ | 2.36 |
| 12/15/2021 | State Sales Tax | $ | 2.36 |
| 12/15/2021 | State Sales Tax | $ | 2.36 |
| 12/16/2021 | Overdraft Fee for a Transaction Posted on 12/15 $2,500.00Check # 02261 | $ | 35.00 |
| 12/16/2021 | Overdraft Fee for a Transaction Posted on 12/15 $56.24 Check# 02387 | $ | 35.00 |
| 12/23/2021 | NSF Return Item Fee for a Transaction Received on 12/22$1,170.00 Check # 02552 | $ | 35.00 |
| 12/23/2021 | NSF Return Item Fee for a Transaction Received on 12/22$1,287.00 Check # 02551 | $ | 35.00 |
| 12/23/2021 | Overdraft Fee for a Transaction Posted on 12/22 $500.00 Check# 02482 | $ | 35.00 |
| 12/23/2021 | State Sales Tax | $ | 2.36 |
| 12/23/2021 | State Sales Tax | $ | 2.36 |
| 1/10/2022 | NSF Return Item Fee for a Transaction Received on 01/07$5,335.00 Check # 02544 | $ | 35.00 |
| 1/10/2022 | NSF Return Item Fee for a Transaction Received on 01/07$3,000.00 Check # 02565 | $ | 35.00 |

| Date | Description | Withdrawals |
|------|-------------|-------------|
| 1/10/2022 | Overdraft Fee for a Transaction Posted on 01/07 $2,400.00Check # 02522 | $ 35.00 |
| 1/10/2022 | State Sales Tax | $ 2.36 |
| 1/10/2022 | State Sales Tax | $ 2.36 |
| 1/26/2022 | NSF Return Item Fee for a Transaction Received on 01/25$5,765.39 Westwood Funding Preauthpmt 220124Westwoodcorp Chris Pettit & Associa | $ 35.00 |
| 1/26/2022 | NSF Return Item Fee for a Transaction Received on 01/25$9,678.50 Westwoodfundings Achpayment 220124 W057Chris Pettit 4525057 | $ 35.00 |
| 1/26/2022 | NSF Return Item Fee for a Transaction Received on 01/25$3,000.00 Check # 02565 | $ 35.00 |
| 1/26/2022 | Overdraft Fee for a Transaction Posted on 01/25 $4,216.00 IrmCapital Irm Capita 220124 56136 Chris Pettit Assoc... | $ 35.00 |
| 1/26/2022 | State Sales Tax | $ 2.36 |
| 1/26/2022 | State Sales Tax | $ 2.36 |
| 1/26/2022 | State Sales Tax | $ 2.36 |
| 1/27/2022 | NSF Return Item Fee for a Transaction Received on 01/26$5,765.39 Westwood Funding Preauthpmt 220125Westwoodcorp Chris Pettit & Associa | $ 35.00 |
| 1/27/2022 | NSF Return Item Fee for a Transaction Received on 01/26$4,216.00 Irm Capital Irm Capita 220125 56136 Chris PettitAssoc... | $ 35.00 |
| 1/27/2022 | NSF Return Item Fee for a Transaction Received on 01/26$9,678.50 Westwoodfundings Achpayment 220125 W058Chris Pettit 4529320 | $ 35.00 |
| 1/27/2022 | State Sales Tax | $ 2.36 |
| 1/27/2022 | State Sales Tax | $ 2.36 |
| 1/27/2022 | State Sales Tax | $ 2.36 |
| 1/28/2022 | NSF Return Item Fee for a Transaction Received on 01/27$5,765.39 Westwood Funding Preauthpmt 220126Westwoodcorp Chris Pettit & Associa | $ 35.00 |
| 1/28/2022 | NSF Return Item Fee for a Transaction Received on 01/27$4,216.00 Irm Capital Irm Capita 220126 56136 Chris PettitAssoc... | $ 35.00 |
| 1/28/2022 | State Sales Tax | $ 2.36 |
| 1/28/2022 | State Sales Tax | $ 2.36 |
| 1/31/2022 | NSF Return Item Fee for a Transaction Received on 01/28$4,216.00 Irm Capital Irm Capita 220127 56136 Chris PettitAssoc... | $ 35.00 |
| 1/31/2022 | State Sales Tax | $ 2.36 |
| 2/1/2022 | NSF Return Item Fee for a Transaction Received on 01/31$4,216.00 Irm Capital Irm Capita 220128 56136 Chris PettitAssoc... | $ 35.00 |

| Date | Description | Withdrawals | |
|------|-------------|:---:|---:|
| 2/1/2022 | NSF Return Item Fee for a Transaction Received on 01/31$11,989.80 Libertasfunding Receive 643379606895 272 ChrisPettit Associate | $ | 35.00 |
| 2/1/2022 | NSF Return Item Fee for a Transaction Received on 01/31$20,684.55 Libertasfunding Receive 643379606892 499 ChrisPettit Associate | $ | 35.00 |
| 2/1/2022 | NSF Return Item Fee for a Transaction Received on 01/31$28,526.80 Libertasfunding Receive 643379606889 912 ChrisPettit Associate | $ | 35.00 |
| 2/1/2022 | State Sales Tax | $ | 2.36 |
| 2/1/2022 | State Sales Tax | $ | 2.36 |
| 2/1/2022 | State Sales Tax | $ | 2.36 |
| 2/1/2022 | State Sales Tax | $ | 2.36 |
| 2/7/2022 | NSF Return Item Fee for a Transaction Received on 02/04$4,216.00 Irm Capital Irm Capita 220203 56136 Chris PettitAssoc... | $ | 35.00 |
| 2/7/2022 | State Sales Tax | $ | 2.36 |
| 2/8/2022 | NSF Return Item Fee for a Transaction Received on 02/07$4,216.00 Irm Capital Irm Capita 220204 56136 Chris PettitAssoc... | $ | 35.00 |
| 2/8/2022 | State Sales Tax | $ | 2.36 |
| 2/9/2022 | NSF Return Item Fee for a Transaction Received on 02/08$4,216.00 Irm Capital Irm Capita 220207 56136 Chris PettitAssoc... | $ | 35.00 |
| 2/9/2022 | State Sales Tax | $ | 2.36 |
| 2/10/2022 | NSF Return Item Fee for a Transaction Received on 02/09$4,216.00 Irm Capital Irm Capita 220208 56136 Chris PettitAssoc... | $ | 35.00 |
| 2/10/2022 | State Sales Tax | $ | 2.36 |
| 2/11/2022 | Overdraft Fee for a Transaction Received on 02/10 $4,216.00Irm Capital Irm Capita 220209 56136 Chris Pettit Assoc... | $ | 35.00 |
| 3/1/2022 | NSF Return Item Fee for a Transaction Received on 02/28$4,216.00 Irm Capital Irm Capita 220225 56136 Chris PettitAssoc... | $ | 35.00 |
| 3/1/2022 | State Sales Tax | $ | 2.36 |
| 3/2/2022 | NSF Return Item Fee for a Transaction Received on 03/01$4,216.00 Irm Capital Irm Capita 220228 56136 Chris PettitAssoc... | $ | 35.00 |
| 3/2/2022 | NSF Return Item Fee for a Transaction Received on 03/01$9,392.30 Bhg LLC Payment 764993 19827 72 764993Servicing Plan | $ | 35.00 |
| 3/2/2022 | State Sales Tax | $ | 2.36 |
| 3/2/2022 | State Sales Tax | $ | 2.36 |

Table of Overdraft Events and Fees Assessed

| Date | Description | Withdrawals | |
|------|-------------|:-:|--:|
| 3/3/2022 | Overdraft Fee for a Transaction Received on 03/02 $4,216.00Irm Capital Irm Capita 220301 56136 Chris Pettit Assoc... | $ | 35.00 |
| 3/8/2022 | NSF Return Item Fee for a Transaction Received on 03/07$4,216.00 Irm Capital Irm Capita 220304 56136 Chris PettitAssoc... | $ | 35.00 |
| 3/8/2022 | State Sales Tax | $ | 2.36 |
| 3/10/2022 | NSF Return Item Fee for a Transaction Received on 03/09$5,000.00 Check # 02607 | $ | 35.00 |
| 3/10/2022 | NSF Return Item Fee for a Transaction Received on 03/09$6,000.00 Check # 02606 | $ | 35.00 |
| 3/10/2022 | State Sales Tax | $ | 2.36 |
| 3/10/2022 | State Sales Tax | $ | 2.36 |
| 3/16/2022 | NSF Return Item Fee for a Transaction Received on 03/15$16,559.14 Check # 02598 | $ | 35.00 |
| 3/16/2022 | State Sales Tax | $ | 2.36 |
| 3/29/2022 | Overdraft Fee for a Transaction Posted on 03/28 $1,222.94Check # 02689 | $ | 35.00 |
| 3/29/2022 | Overdraft Fee for a Transaction Posted on 03/28 $180.00 Check# 02680 | $ | 35.00 |
| 3/31/2022 | NSF Return Item Fee for a Transaction Received on 03/30$4,216.00 Irm Capital Irm Capita 220329 56136 Chris PettitAssoc... | $ | 35.00 |
| 3/31/2022 | NSF Return Item Fee for a Transaction Received on 03/30$970.89 Check # 02694 | $ | 35.00 |
| 3/31/2022 | NSF Return Item Fee for a Transaction Received on 03/30$3,189.22 Check # 02673 | $ | 35.00 |
| 3/31/2022 | NSF Return Item Fee for a Transaction Received on 03/30$3,531.24 Check # 02695 | $ | 35.00 |
| 3/31/2022 | NSF Return Item Fee for a Transaction Received on 03/30$980.00 Check # 02681 | $ | 35.00 |
| 3/31/2022 | Overdraft Fee for a Transaction Posted on 03/30 $1,870.73Check # 02679 | $ | 35.00 |
| 3/31/2022 | Overdraft Fee for a Transaction Posted on 03/30 $600.00 Check# 02691 | $ | 35.00 |
| 3/31/2022 | State Sales Tax | $ | 2.36 |
| 3/31/2022 | State Sales Tax | $ | 2.36 |
| 3/31/2022 | State Sales Tax | $ | 2.36 |
| 3/31/2022 | State Sales Tax | $ | 2.36 |
| 3/31/2022 | State Sales Tax | $ | 2.36 |
| 4/1/2022 | NSF Return Item Fee for a Transaction Received on 03/31$4,216.00 Irm Capital Irm Capita 220330 56136 Chris PettitAssoc... | $ | 35.00 |
| 4/1/2022 | NSF Return Item Fee for a Transaction Received on 03/31$4,142.57 Check # 02696 | $ | 35.00 |
| 4/1/2022 | NSF Return Item Fee for a Transaction Received on 03/31$3,346.12 Check # 02672 | $ | 35.00 |
| 4/1/2022 | State Sales Tax | $ | 2.36 |
| 4/1/2022 | State Sales Tax | $ | 2.36 |
| 4/1/2022 | State Sales Tax | $ | 2.36 |

| Date | Description | Withdrawals |
|------|-------------|-------------|
| 4/4/2022 | NSF Return Item Fee for a Transaction Received on 04/01$9,392.30 Bhg LLC Payment 764993 19827 73 764993Servicing Plan | $ 35.00 |
| 4/4/2022 | NSF Return Item Fee for a Transaction Received on 04/01$3,189.22 Check # 02673 | $ 35.00 |
| 4/4/2022 | NSF Return Item Fee for a Transaction Received on 04/01$3,346.12 Check # 02672 | $ 35.00 |
| 4/4/2022 | Overdraft Fee for a Transaction Posted on 04/01 $4,216.00 IrmCapital Irm Capita 220331 56136 Chris Pettit Assoc... | $ 35.00 |
| 4/4/2022 | Overdraft Fee for a Transaction Posted on 04/01 $34.90 Csc3312022 Default Recp ID Chris Pettit & Associa | $ 35.00 |
| 4/4/2022 | State Sales Tax | $ 2.36 |
| 4/4/2022 | State Sales Tax | $ 2.36 |
| 4/4/2022 | State Sales Tax | $ 2.36 |
| 4/8/2022 | NSF Return Item Fee for a Transaction Received on 04/07$4,216.00 Irm Capital Irm Capita 220406 56136 Chris PettitAssoc... | $ 35.00 |
| 4/8/2022 | State Sales Tax | $ 2.36 |
| 4/11/2022 | Overdraft Fee for a Transaction Received on 04/08 $2,000.00Irm Capital Achpayment 220407 W064 Chris Pettit Associat | $ 35.00 |
| 4/11/2022 | Overdraft Fee for a Transaction Received on 04/08 $4,216.00Irm Capital Irm Capita 220407 56136 Chris Pettit Assoc... | $ 35.00 |
| 4/18/2022 | NSF Return Item Fee for a Transaction Received on 04/15$31,766.67 Check # 02752 | $ 35.00 |
| 4/18/2022 | State Sales Tax | $ 2.36 |
| 5/2/2022 | NSF Return Item Fee for a Transaction Received on 04/29$2,744.44 Check # 02905 | $ 35.00 |
| 5/2/2022 | NSF Return Item Fee for a Transaction Received on 04/29$3,552.71 Check # 02908 | $ 35.00 |
| 5/2/2022 | NSF Return Item Fee for a Transaction Received on 04/29$4,026.68 Check # 02906 | $ 35.00 |
| 5/2/2022 | Overdraft Fee for a Transaction Posted on 04/29 $2,294.32Check # 02910 | $ 35.00 |
| 5/2/2022 | State Sales Tax | $ 2.36 |
| 5/2/2022 | State Sales Tax | $ 2.36 |
| 5/2/2022 | State Sales Tax | $ 2.36 |
| 5/2/2022 | State Sales Tax | $ 2.09 |
| 5/3/2022 | NSF Return Item Fee for a Transaction Received on 05/02$18,168.15 Check # 02866 | $ 35.00 |
| 5/3/2022 | State Sales Tax | $ 2.36 |
| 5/9/2022 | NSF Return Item Fee for a Transaction Received on 05/06$10,000.00 Check # 02837 | $ 35.00 |
| 5/9/2022 | Overdraft Fee for a Transaction Posted on 05/06 $2,287.87Check # 02884 | $ 35.00 |
| 5/9/2022 | Overdraft Fee for a Transaction Posted on 05/06 $400.29 Check# 02962 | $ 35.00 |
| 5/9/2022 | Overdraft Fee for a Transaction Posted on 05/06 $396.00 Check# 02922 | $ 35.00 |

| Date | Description | Withdrawals | |
|------|-------------|:---:|---:|
| 5/9/2022 | State Sales Tax | $ | 2.36 |
| 5/10/2022 | NSF Return Item Fee for a Transaction Received on 05/09$1,312.29 Check # 02988 | $ | 35.00 |
| 5/10/2022 | State Sales Tax | $ | 2.36 |
| 5/11/2022 | NSF Return Item Fee for a Transaction Received on 05/10$3,000.00 Ufs 7183166899 97902666 Deal ID 299316 | $ | 35.00 |
| 5/11/2022 | NSF Return Item Fee for a Transaction Received on 05/10$11,989.80 Libertasfunding Receive 652102407644 757 ChrisPettit Associate | $ | 35.00 |
| 5/11/2022 | NSF Return Item Fee for a Transaction Received on 05/10$20,684.55 Libertasfunding Receive 652102407644 549 ChrisPettit Associate | $ | 35.00 |
| 5/11/2022 | NSF Return Item Fee for a Transaction Received on 05/10$28,526.80 Libertasfunding Receive 652102407644 454 ChrisPettit Associate | $ | 35.00 |
| 5/11/2022 | NSF Return Item Fee for a Transaction Received on 05/10$2,000.00 Irm Capital Achpayment 220509 W086 Chris PettitAssociat | $ | 35.00 |
| 5/11/2022 | NSF Return Item Fee for a Transaction Received on 05/10$4,216.00 Irm Capital Irm Capita 220509 56136 Chris PettitAssoc... | $ | 35.00 |
| 5/11/2022 | Overdraft Fee for a Transaction Posted on 05/10 $238.77 Check# 02987 | $ | 35.00 |
| 5/11/2022 | Overdraft Fee for a Transaction Posted on 05/10 $712.90 Check# 02865 | $ | 35.00 |
| 5/11/2022 | State Sales Tax | $ | 2.36 |
| 5/11/2022 | State Sales Tax | $ | 2.36 |
| 5/11/2022 | State Sales Tax | $ | 2.36 |
| 5/11/2022 | State Sales Tax | $ | 2.36 |
| 5/11/2022 | State Sales Tax | $ | 2.36 |
| 5/11/2022 | State Sales Tax | $ | 2.36 |
| 5/18/2022 | NSF Return Item Fee for a Transaction Received on 05/17$5,750.00 Check # 02995 | $ | 35.00 |
| 5/18/2022 | NSF Return Item Fee for a Transaction Received on 05/17$3,000.00 Ufs 7183166899 97994697 Deal ID 299316 | $ | 35.00 |
| 5/18/2022 | NSF Return Item Fee for a Transaction Received on 05/17$4,216.00 Irm Capital Irm Capita 220516 56136 Chris PettitAssoc... | $ | 35.00 |
| 5/18/2022 | NSF Return Item Fee for a Transaction Received on 05/17$11,989.80 Libertasfunding Receive 652707208795 729 ChrisPettit Associate | $ | 35.00 |
| 5/18/2022 | NSF Return Item Fee for a Transaction Received on 05/17$20,684.55 Libertasfunding Receive 652707208795 516 ChrisPettit Associate | $ | 35.00 |

Table of Overdraft Events and Fees Assessed

| Date | Description | Withdrawals | |
|------|-------------|---:|---:|
| 5/18/2022 | NSF Return Item Fee for a Transaction Received on 05/17$28,526.80 Libertasfunding Receive 652707208795 394 ChrisPettit Associate | $ | 35.00 |
| 5/18/2022 | Overdraft Fee for a Transaction Posted on 05/17 $2,000.00Check # 03018Description | $ | 35.00 |
| 5/18/2022 | Overdraft Fee for a Transaction Posted on 05/17 $170.00 Check# 02904 | $ | 35.00 |
| 5/18/2022 | State Sales Tax | $ | 2.36 |
| 5/18/2022 | State Sales Tax | $ | 2.36 |
| 5/18/2022 | State Sales Tax | $ | 2.36 |
| 5/18/2022 | State Sales Tax | $ | 2.36 |
| 5/18/2022 | State Sales Tax | $ | 2.36 |
| 5/18/2022 | State Sales Tax | $ | 2.36 |
| 5/18/2022 | State Sales Tax | $ | 2.09 |
| 5/18/2022 | State Sales Tax | $ | 2.09 |
| 5/18/2022 | State Sales Tax | $ | 2.09 |
| 5/24/2022 | NSF Return Item Fee for a Transaction Received on 05/23$50,000.00 Check # 03027 | $ | 35.00 |
| 5/24/2022 | Overdraft Fee for a Transaction Posted on 05/23 $4,216.00 IrmCapital Irm Capita 220520 56136 Chris Pettit Assoc... | $ | 35.00 |
| 5/24/2022 | Overdraft Fee for a Transaction Posted on 05/23 $666.67 Check# 03022 | $ | 35.00 |
| 5/24/2022 | State Sales Tax | $ | 2.36 |
| 5/25/2022 | NSF Return Item Fee for a Transaction Received on 05/24$3,000.00 Ufs 7183166899 98081562 Deal ID 299316 | $ | 35.00 |
| 5/25/2022 | NSF Return Item Fee for a Transaction Received on 05/24$11,989.80 Libertasfunding Receive 653312008733 011 ChrisPettit Associate | $ | 35.00 |
| 5/25/2022 | NSF Return Item Fee for a Transaction Received on 05/24$20,684.55 Libertasfunding Receive 653312008732 952 ChrisPettit Associate | $ | 35.00 |
| 5/25/2022 | NSF Return Item Fee for a Transaction Received on 05/24$28,526.80 Libertasfunding Receive 653312008732 773 ChrisPettit Associate | $ | 35.00 |
| 5/25/2022 | NSF Return Item Fee for a Transaction Received on 05/24$2,000.00 Irm Capital Achpayment 220523 W096 Chris PettitAssociat | $ | 35.00 |
| 5/25/2022 | NSF Return Item Fee for a Transaction Received on 05/24$4,216.00 Irm Capital Irm Capita 220523 56136 Chris PettitAssoc... | $ | 35.00 |
| 5/25/2022 | NSF Return Item Fee for a Transaction Received on 05/24$5,000.00 Check # 02963 | $ | 35.00 |
| 5/25/2022 | State Sales Tax | $ | 2.36 |
| 5/25/2022 | State Sales Tax | $ | 2.36 |

| Date | Description | Withdrawals |
|------|-------------|-------------|
| 5/25/2022 | State Sales Tax | $ 2.36 |
| 5/25/2022 | State Sales Tax | $ 2.36 |
| 5/25/2022 | State Sales Tax | $ 2.36 |
| 5/25/2022 | State Sales Tax | $ 2.36 |
| 5/25/2022 | State Sales Tax | $ 2.36 |
| | | |
| 5/26/2022 | NSF Return Item Fee for a Transaction Received on 05/25$3,000.00 Ufs 7183166899 98099978 Deal ID 299316 | $ 35.00 |
| 5/26/2022 | NSF Return Item Fee for a Transaction Received on 05/25$4,216.00 Irm Capital Irm Capita 220524 56136 Chris PettitAssoc... | $ 35.00 |
| 5/26/2022 | NSF Return Item Fee for a Transaction Received on 05/25$2,000.00 Irm Capital Achpayment 220524 W097 Chris PettitAssociat | $ 35.00 |
| 5/26/2022 | NSF Return Item Fee for a Transaction Received on 05/25$2,000.00 Check # 03019 | $ 35.00 |
| 5/26/2022 | Overdraft Fee for a Transaction Posted on 05/25 $75.00 Check# 02996 | $ 35.00 |
| 5/26/2022 | State Sales Tax | $ 2.36 |
| 5/26/2022 | State Sales Tax | $ 2.36 |
| 5/26/2022 | State Sales Tax | $ 2.36 |
| 5/26/2022 | State Sales Tax | $ 2.36 |
| | | |
| 5/27/2022 | NSF Return Item Fee for a Transaction Received on 05/26$3,000.00 Ufs 7183166899 98116068 Deal ID 299316 | $ 35.00 |
| 5/27/2022 | NSF Return Item Fee for a Transaction Received on 05/26$4,216.00 Irm Capital Irm Capita 220525 56136 Chris PettitAssoc... | $ 35.00 |
| 5/27/2022 | NSF Return Item Fee for a Transaction Received on 05/26$2,000.00 Irm Capital Achpayment 220525 W098 Chris PettitAssociat | $ 35.00 |
| 5/27/2022 | State Sales Tax | $ 2.36 |
| 5/27/2022 | State Sales Tax | $ 2.36 |
| 5/27/2022 | State Sales Tax | $ 2.36 |
| | | |
| 5/31/2022 | NSF Return Item Fee for a Transaction Received on 05/27$3,000.00 Ufs 7183166899 98132239 Deal ID 299316 | $ 35.00 |
| 5/31/2022 | NSF Return Item Fee for a Transaction Received on 05/27$11,989.80 Libertasfunding Receive 653604381294 094 ChrisPettit Associate | $ 35.00 |
| 5/31/2022 | NSF Return Item Fee for a Transaction Received on 05/27$20,684.55 Libertasfunding Receive 653604381295 192 ChrisPettit Associate | $ 35.00 |

| Date | Description | Withdrawals | |
|------|-------------|---|---|
| 5/31/2022 | NSF Return Item Fee for a Transaction Received on 05/27$28,526.80 Libertasfunding Receive 653604381296 110 ChrisPettit Associate | $ | 35.00 |
| 5/31/2022 | NSF Return Item Fee for a Transaction Received on 05/27$2,000.00 Irm Capital Achpayment 220526 W099 Chris PettitAssociat | $ | 35.00 |
| 5/31/2022 | NSF Return Item Fee for a Transaction Received on 05/27$4,216.00 Irm Capital Irm Capita 220526 56136 Chris PettitAssoc... | $ | 35.00 |
| 5/31/2022 | NSF Return Item Fee for a Transaction Received on 05/27$500.00 Check # 02968 | $ | 35.00 |
| 5/31/2022 | State Sales Tax | $ | 2.36 |
| 5/31/2022 | State Sales Tax | $ | 2.36 |
| 5/31/2022 | State Sales Tax | $ | 2.36 |
| 5/31/2022 | State Sales Tax | $ | 2.36 |
| 5/31/2022 | State Sales Tax | $ | 2.36 |
| 5/31/2022 | State Sales Tax | $ | 2.36 |
| 5/31/2022 | State Sales Tax | $ | 2.36 |
| 6/6/2022 | Overdraft Fee for a Transaction Posted on 06/03 $34.90 Csc622022 Default Recp ID Chris Pettit & Associa | $ | 35.00 |
| 6/7/2022 | Overdraft Fee for a Transaction Posted on 06/06 $99.99 Paypalinst Xfer 220604 Roblox Corp Christopher Pettit | $ | 35.00 |
| 6/7/2022 | Overdraft Fee for a Transaction Posted on 06/06 $10.00 Check# 02980 | $ | 35.00 |
| | | TOTAL $ | 6,481.84 |