**Exhibit 26**

**WF-9174-00134–274**

**\*\*\*FILED UNDER SEAL\*\*\***