# Exhibit 27

# Table of Account Activity

**\*\*\*FILED UNDER SEAL\*\*\***