# Exhibit 30

# WF-00004821–4823

# ***FILED UNDER SEAL***