# Exhibit 34

| Method | Date | Remitter | Amount | Payee | Beneficiary | Details |
|---|---|---|---|---|---|---|
| Wire | 5/17/2021 | Alamo Title Company | $ 160,800.78 | CHRIS PETTIT & ASSOCIATES, P.C. | CHRIS PETTIT & ASSOC, PC AS QUAL IN | FN-4000442100551PROCEEDS FROM SALE OF SAENGERHALLE ROAD QUESTIONS CALL ATC 210.287.6368 PROPADDR-710 & 712 SAENGERHALLE ROAD, NEW BRAUNFELS |
| Wire | 5/19/2021 | Encore Title LLC | $ 128,338.66 | CHRIS PETTIT & ASSOCIATES, P.C. | CHRIS PETTIT & ASSOCIATES, P.C. | REF: SELLER PROCEEDS TIMOTHY M & ROSEANN OLSON 4417 N. 27TH. LN |
| Wire | 7/27/2021 | Secured Land Transfers LLC DBA INDEPENDENCE TITLE COMPANY | $ 818,707.43 | CHRIS PETTIT & ASSOCIATES, P.C. | CHRIS PETTIT & ASSOCIATES PC A QUALIFIED INTERMEDIARY FOR ROBERT B TYLER, EDITH M TYLER AUSTIN, TX 78730 | PROCEEDS 1501 WATERLOO TRL ROBERT B TYLER, EDITH M TYLER GF 2139149 |
| Wire | 8/19/2021 | Pilgrim Mortgage LLC | $ 1,238,770.50 | CHRIS PETTIT & ASSOCIATES, P.C. | CHRIS PETTIT & ASSOCIATES, P.C. | ESCROW DEPOSIT FROM BOA |
| Wire | 10/1/2021 | Mission Title LP | $ 356,691.14 | CHRIS PETTIT & ASSOCIATES, P.C. | CHRIS PETTIT & ASSOCIATES, P.C. AS QUALIFIED INTERMEDIARY FOR LINDA MAE WEHMEYER 11902 RUSTIC LANE, S.A., TX 78230 | PROCEEDS FBO LINDA MAE WEHMEYER GF# 2104578-43 PROPERTY ADDRESS: 137 STASBOURG STREET, CASTROVILLE, TX 78009 |
| Wire | 10/14/2021 | Secured Land Transfers LLC | $ 797,514.41 | CHRIS PETTIT & ASSOCIATES, P.C. | CHRIS PETTIT & ASSOCIATES PC AS QUALIFIED INTERMEDIARY FOR ROBERT B TYLER, EDITH M TYLER AUSTIN, TX 78730 | PROCEEDS 3222 TAMARRON BLVD GF 2157 418 |
| Wire | 11/3/2021 | Edwards Abstract & Title LLC | $ 212,113.87 | CHRIS PETTIT & ASSOCIATES, P.C. | CHRIS PETTIT AND ASSOCIATES PC | GF 938714 1031 PROCEEDS FOR JOYCE L OCKE TAX PAYER ID 74 2801267 |
| Wire | 11/4/2021 | | $ 907,577.58 | CHRIS PETTIT & ASSOCIATES, P.C. | Chris Pettit Associates PC as qual | 16991719, FULL ACCT NAME Chris Pettit Associates PC as qualified intermediary for Gordon Kuenemann AND Wendy Kuenemann Tax 742801267 Stewar |
| Wire | 11/8/2021 | Pilgrim Mortgage LLC | $ 291,809.81 | CHRIS PETTIT & ASSOCIATES, P.C. | CHRIS PETTIT & ASSOCIATES, P.C. | SALE OF THE FELTON PROPERTY |
| Wire | 11/19/2021 | Capital Title of Texas LLC | $ 111,325.29 | CHRIS PETTIT & ASSOCIATES, P.C. | CHRIS PETTIT AND ASSCIATES PC | PROCEEDS OF SALE FOR WADE AND KAREN SEIFERT TAX PAYER 74-2801267 1129 ESTATE DRIVE NEW BRAUNFELS TX 78132 JS2105474177 |
| Wire | 11/29/2021 | Presidio Title LLC | $ 2,253,450.22 | CHRIS PETTIT & ASSOCIATES, P.C. | CHRIS PETTIT & ASSOC. AS QI FOR GEO | RE GEORGIANNA JONES & STEPHEN JONES TAX ID #74-2801267 SENT BY PRESIDIO 210-757-9605 |
| Wire | 12/8/2021 | Murray Guaranty Title Co | $ 67,691.01 | CHRIS PETTIT & ASSOCIATES, P.C. | CHRIS PETTIT & ASSOCAITES | 1031 SELLER PROCEEDS THOMAS BECKER 3750 US HWY 181 S |

| Method | Date | Remitter | Amount | Payee | Beneficiary | Details |
|---|---|---|---|---|---|---|
| Wire | 3/8/2022 | HSTX Title, LLC | $ 571,513.03 | CHRIS PETTIT & ASSOCIATES, P.C. | Leigh Sibley | Leigh Sibley Seller Proceeds 17319 Village Lane Dallas 75248 Emily Hensel 469-640-3100 |
| Check | 3/24/2022 | Jerry Spears and Mariam A. Spears Trust | $ 95,317.80 | Chris Pettit + Associates IOLTA | Jerry Spears and Mariam A. Spears Trust | farm sale Balance - HUD Settlement Stmt |
| Wire | 4/11/2022 | Sandra Lillys or Adam Zachary | $ 144,140.57 | CHRIS PETTIT & ASSOCIATES, P.C. | CHRIS PETTIT AND ASSOCIATES, PC | REFERENCE: GILDART |
| Wire | 4/11/2022 | The Mavis Gildart Corp | $ 334,281.13 | CHRIS PETTIT & ASSOCIATES, P.C. | CHRIS PETTIE AND ASSOCIATES TC | IOLTA GILDART / FUNDS TRANSFERED TO TRUST ATTORNEY/SELL OF PROPERTIES |
| Wire | 4/18/2022 | Martin Abstract Company Inc | $ 2,902,911.55 | CHRIS PETTIT & ASSOCIATES, P.C. | CHRIS PETTIT & ASSOCIATES, PC AS QI | MARK VERSTUYFT (GF# 16113MAC) |
| Wire | 5/3/2022 | Frontier Title Company WH LLC | $ 462,950.37 | CHRIS PETTIT & ASSOCIATES, P.C. | CHRIS PETTIT & ASSOCIATES PC AS QUA | 22112825SA AS QUALIFIED INTERMEDIARY FOR BELINDA STANUSH/PROCEEDS/BELINDA STANUSH / 1212-1214 BASSE RD/ |
| Wire | 5/11/2022 | Capital Title of Texas LLC | $ 1,162,786.17 | CHRIS PETTIT & ASSOCIATES, P.C. | Chris Pettit & Assoc., P.C. | PROCEEDS - Chris Pettit & Assoc.PC as qualified intermediary for Ken Beyer & Earl Beyer, Trustees Contact Christy/Stacie 830-239-8375 |
| **TOTAL** | | | **$ 13,018,691.32** | | | |