# Exhibit 35

THE LAW OFFICES OF
CHRIS PETTIT & ASSOCIATES
A PROFESSIONAL CORPORATION

CHRISTOPHER J. PETTIT
CHRISTA SAMANIEGO *•
ROBERT E. WALSH •

* Board Certified – Personal Injury Trial Law And Civil Trial Law by The Texas Board of Legal Specialization

11902 RUSTIC LANE, SAN ANTONIO, TEXAS 78230
TELEPHONE: (210) 732-8300
DIRECT FAX: (210) 764-1718
Toll Free (800) 590-8301
www.Pettitpersonalinjury.com
www.Pettitlaw.com

• Also Licensed to practice in New Mexico

+ Of Counsel

January 27, 2022

Martin Abstract Co, Inc.
Attn: Heather Foster
712 Main Street
Jourdanton, Texas 78026

RE: Sale of property Tract Two Being 67.00 acres of Land, more or less, comprised of Bexar Appraisal District Parcel 552173, and being approximately depicted on Exhibit "B"

Dear Sir or Madam:

We are writing in regard to the closing on the above referenced property. Our law firm represents Mr. MarkVerstuyft, to serve as his qualified intermediary for a possible 1031 exchange on his portion of the sale proceeds.

Our law firm's escrow account is with Wells Fargo Bank. At the time of closing and funding, Mr. Verstuyft's portion of the proceeds would be distributed as follows:

Receiver: Chris Pettit & Associates, P.C. as qualified intermediary for Mark Verstuyft
Receiving Bank: Wells Fargo Bank
Routing Number: 121000248
Account Number: [redacted]19174
Reference: Mark Verstuyft
Taxpayer Identification number: [redacted]1267

SAN ANTONIO 2ND LOCALE
13111 HUEBNER RD.
SAN ANTONIO, TX 78230
(210) 732-8300
FAX (210) 764-1718

LAREDO
5719 SPRINGFIELD, STE. 3-A
LAREDO, TX 78041
(956) 712-8300
FAX (956) 712-0381

ALBUQUERQUE
7820 PAN AMERICAN FWY. EAST NE, UNIT 2
ALBUQUERQUE, NM 87109
(505) 821-3888
FAX (505) 821-5977

LAS CRUCES
1990 E. LOHMAN AVE., STE. 214
LAS CRUCES, NM 88001
(575) 524-6868
FAX (575) 541-3010

Our contact information is above. As always, please do not hesitate to contact me if you are in need of additional information or assistance. Mr, Mark Verstuyft is signing below to confirm these instructions. We thank you for your assistance.

Very truly yours,
CHRIS PETTIT & ASSOCIATES, P.C.

Christopher J. Pettit
CJP:sas

Very truly yours,

Mark Verstuyft