**Exhibit 36**

**Matthew Franklin**

| | |
|---|---|
| **From:** | customercare@1cb.com |
| **Sent:** | Monday, April 18, 2022 2:54 PM |
| **To:** | Heather Foster; Martin Abstract; Nora Sanchez; Mary Elimon; Renee Tudyk; Jocelyn Stanush; Matthew Franklin; Linda Orr |
| **Subject:** | ADVICE OF DEBIT - BANK CONFIDENTIAL |

## DEPOSIT OPERATIONS ADVICE OF DEBIT

ON APRIL 18, 2022, WE DEBITED YOUR ACCOUNT ***8673 FOR USD 2,902,911.55

## DETAILS OF PAYMENT

| | |
|---|---|
| PAYMENT DATE AND TIME: | 18-APR-2022 14:52:17 CT |
| PAID AMOUNT: | USD 2,902,911.55 |
| METHOD OF PAYMENT: | FED Payment |
| TRANSACTION NUMBER: | 202204180082810 |
| IMAD(CYCLE DATE/LTERM/IMSN) | 20220418/MMQFMPL5/000018/ |
| OMAD(CYCLE DATE/LTERM/OMSN) | 20220418/I1B7033R/019607/ |
| REFERENCE: | 0000206218 |
| PAID TO: | F/121000248 |
| | WELLS FARGO BANK, NA |
| | SAN FRANCISCO |
| | CA |
| BENEFICIARY: | ******9174 |
| | CHRIS PETTIT & ASSOCIATES, PC AS QI |
| | 11902 RUSTIC LANE |
| | SAN ANTONIO, TX 78230 |
| DEBITED TO: | ***8673 |
| | MARTIN ABSTRACT COMPANY INC |
| | 712 MAIN ST |
| | JOURDANTON TX 78026-3414 |
| ORIGINATOR TO BENEFICIARY INFO: | MARK VERSTUYFT (GF 16113MAC) |

This e-mail contains confidential and privileged information. If you are not the intended recipient (or have received this e-mail in error), please notify the sender immediately and destroy this e-mail. Any unauthorized copying, disclosure or distribution of the material in this e-mail is strictly prohibited. When contacting this institution, please use reference number: 202204180082810.