# Exhibit 37

# April 2022 Statement for Account *9174

# ***FILED UNDER SEAL***