**Exhibit 38**

**WF-00004868–4949**

**\*\*\*FILED UNDER SEAL\*\*\***