# Exhibit 39

# May 2022 Statement for Account *9174

# ***FILED UNDER SEAL***