B1040 (FORM 1040) (12/15)

| ADVERSARY PROCEEDING COVER SHEET (Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER (Court Use Only) |
|---|---|
| **PLAINTIFFS** Mark Verstuyft, Robin Verstuyft, The Beyer Living Trust, and Eric Terry, Chapter 11 Trustee for the Estate of Chris Pettit and Associates, P.C. | **DEFENDANTS** Wells Fargo Bank, N.A. and Christopher John Pettit, individually |
| **ATTORNEYS** (Firm Name, Address, and Telephone No.) See Addendum. | **ATTORNEYS** (If Known) See Addendum. |
| **PARTY** (Check One Box Only) ☐ Debtor  ■ U.S. Trustee/Bankruptcy Admin ☐ Creditor  ☐ Other ☐ Trustee | **PARTY** (Check One Box Only) ☐ Debtor  ☐ U.S. Trustee/Bankruptcy Admin ☐ Creditor  ■ Other ☐ Trustee |
| **CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED) See Addendum. ||

## NATURE OF SUIT

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

(continued next column)

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☐ 71-Injunctive relief – imposition of stay
☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☐ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa et.seq.
■ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ■ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $ To be determined by the court |
| Other Relief Sought ||

B1040 (FORM 1040) (12/15)

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | | |
|---|---|---|---|
| NAME OF DEBTOR<br>Chris Pettit & Associates, P.C. | BANKRUPTCY CASE NO.<br>22-50591-CAG | | |
| DISTRICT IN WHICH CASE IS PENDING<br>Western District of Texas | DIVISION OFFICE<br>San Antonio | | NAME OF JUDGE<br>Craig A. Gargotta |
| RELATED ADVERSARY PROCEEDING (IF ANY) | | | |
| PLAINTIFF | DEFENDANT | | ADVERSARY PROCEEDING NO. |
| | | | |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISION OFFICE | | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF)<br>*/s/ Leslie M. Luttrell* | | | |
| DATE<br>May 2, 2023 | | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>Leslie M. Luttrell | |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 1040, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 1040 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs and Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

# ADDENDUM TO ADVERSARY PROCEEDING COVER SHEET

## ATTORNEYS SECTION

**COUNSEL FOR PLAINTIFFS:**

Leslie M. Luttrell
State Bar No. 12708650
LUTTRELL + CARMODY LAW GROUP
One International Centre
100 N.E. Loop 410, Suite 615
San Antonio, Texas 78216
Tel. 210.426.3600
luttrell@lclawgroup.net

**ATTORNEYS FOR ROBIN AND MARK VERSTUYFT AND ERIC TERRY, CHAPTER 11 TRUSTEE, FOR THE ESTATE OF CHRIS PETTIT & ASSOCIATES PC**

Morris E. "Trey" White III
State Bar No. 24003162
VILLA & WHITE, LLP
Attorneys at Law
1100 NW Loop 410, Suite 802
San Antonio, Texas 78213
Tel. 210.225.4500
Treywhite@villawhite.com

**ATTORNEYS FOR THE BEYER LIVING TRUST AND ERIC TERRY, CHAPTER 11 TRUSTEE, FOR THE ESTATE OF CHRIS PETTIT & ASSOCIATES PC**

**COUNSEL FOR DEFENDANT, WELLS FARGO BANK, N.A.**

Thomas Farrell
State Bar No. 06839250
MCGUIREWOODS LLP
Texas Tower
845 Texas Ave., Suite 2400
Houston, TX 77002
Phone: (713) 571-9191
E-Mail: tfarrell@mcguirewoods.com

Jarrod D. Shaw
Nellie E. Hestin
MCGUIREWOODS LLP
Tower Two-Sixty
260 Forbes Avenue, Suite 1800
Pittsburgh, PA 15222
Phone: (412) 667-7907
E-Mail: jshaw@mcguirewoods.com
nhestin@mcguirewoods.com

**COUNSEL FOR DEFENDANT, CHRISTOPHER JOHN PETTIT, INDIVIDUALLY**

Ronald J Smeberg
Smeberg Law Firm, PLLC
4 Imperial Oaks
San Antonio, TX 78248
210-695-6684
Fax: 210-598-7357
Email: ron@smeberg.com

## CAUSES OF ACTION SECTION

| Cause | Defendant | Statute |
| --- | --- | --- |
| Breach of Fiduciary Duty | Christopher Pettit, individually | TX. Bus. & Com. Code §4.105 |
| Joint Tortfeasor Liability | Wells Fargo Bank, N.A. | State Common Law |
| Fraud | Christopher Pettit, individually | State Common Law |
| Aiding and Abetting Fraud | Wells Fargo Bank, N.A. | State Common Law |
| Negligence | Wells Fargo Bank, N.A. and Christopher Pettit | State Common Law |
| Conspiracy | Wells Fargo Bank, N.A. and Christopher Pettit | State Common Law |
| Theft | Wells Fargo Bank, N.A. and Christopher Pettit | TX. Civ. Prac. & Rem. Code §134.001 |